UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 03-880 |
| HEMANT LAKHANI | : | O R D E R |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Stuart Rabner and Brian Howe, Assistant U.S. Attorneys, appearing), seeking a ruling on certain in limine motions, and defendant Hemant Lakhani (Henry E. Klingeman, Esq., appearing), having opposed the government's motion in part and consented in part, and the Court having considered written submissions of both parties and oral argument, and for good cause shown,

IT IS, therefore, on this __12th__ day of January 2005

ORDERED that the government's in limine motion relating to the scope of cross-examination of MR, a cooperating witness, is denied; and it is further

ORDERED that the Court defers ruling on the government's application to preclude Charles Lee from testifying about specific business deals with the cooperating witness; and it is further

ORDERED that the government's motion to redact paragraph 16 of Count 1 of the Superseding Indictment is granted, with the defendant's consent.

HON. KATHARINE S. HAYDEN
United States District Judge