UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Katharine S. Hayden

    v.      :  Criminal No. 03-880

HEMANT LAKHANI    :    VERDICT SHEET


**Count 1**  **(Attempt to Provide Material Support to Terrorists)**

     _____   ✓
     Not guilty   Guilty


**Count 2**  **(Unlawful Brokering with Respect to the Import and Transfer of Foreign Defense Articles)**

     _____   ✓
     Not guilty   Guilty


**Count 3**  **(Money Laundering)**

     _____   ✓
     Not guilty   Guilty


**Count 4**  **(Money Laundering)**

     _____   ✓
     Not guilty   Guilty


**Count 5**  **(Attempt to Import Merchandise into the United State by Means of False Statements)**

     _____   ✓
     Not guilty   Guilty


Date: 4/27/05 _____     _____
                Foreperson