**DOCUMENT FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 03-880 (KSH) |
|  | : |  |
|  | : | Honorable Katharine S. Hayden |
| v. | : |  |
|  | : |  |
| HEMANT LAKHANI | : | Sentencing Date:     Sept. 12, 2005 |
|  | : |                                      2:00 p.m. |

APPENDIX FOR ELECTRONIC FILING
PART I

KLINGEMAN TURANO LLC
230 Main Street, Second Floor
Madison, NJ 07940
TEL 973-236-0114
FAX 973-236-0012
EMAIL hek@ktlawyers.com
Attorneys for Defendant
HEMANT LAKHANI

On the Brief:

HENRY E. KLINGEMAN

# Exhibit 1

KLINGEMAN TURANO LLC
230 Main Street, Second Floor
Madison, New Jersey 07940
Tel 973-236-0114
Fax 973-236-0012
Email hek@ktlawyers.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | Crim. No. 03-880 (KSH) |
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Katharine S. Hayden |
| v. | : | |
| | : | |
| HEMANT LAKHANI | : | AFFIDAVIT OF |
| | : | DEBORA LEEHR |

DEBORA LEEHR, being of full age and duly sworn according to law, upon her oath deposes and says:

1.    I am employed by Klingeman Turano LLC as secretary to Henry E. Klingeman.  Mr. Klingeman and Klingeman Turano LLC are counsel to defendant Hemant Lakhani in United States v. Hemant Lakhani, Crim. No. 03-880 (KSH).

2.    I have listened to the radio broadcast entitled "The Arms Trader" on National Public Radio's *This American Life* program that was originally aired on July 8, 2005.  An archived version of the program is available at the website www.thislife.org, denominated as episode 292.

3.    I have a prepared a transcript of an excerpt from the program consisting of interviews with two jurors in the Lakhani case.  The transcribed portion occurs between 45:03 and 49:31 of the program.

1

4.    The transcript, attached as Exhibit 2 to Defendant Hemant Lakhani's Brief in Support of Post-Trial Motions, is a true and accurate transcript, prepared to the best of my ability.

I certify that the foregoing statements made by me are true.  I understand that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
DEBORA LEEHR

Sworn To And Subscribed
Before Me This 23rd
Day Of August, 2005

_____
Notary Public or
Attorney-At-Law in the
State of New Jersey

2

# Exhibit 2

**Transcript Excerpt from "The Arms Trader"**
**Episode 292 of *This American Life***
**Air Date July 8, 2005**
**Reporter:  Petra Bartosciewicz**
**www.thislife.org**
**Time Stamp 45:03 – 49:31**

Petra Bartosciewicz:   Donna, a Bank Executive, was one of the jurors.  She asked that
(voice over)                  we not use her last name.

Donna:                      I am known as juror number 6 from the Lakhani trial that took
                                 place in Newark, New Jersey.  I, I listened very intently to both
                                 sides of the argument and day number one I hadn't passed
                                 judgment.  I was just very focused on making sure I took as many
                                 notes and not to let my emotions sway.  As soon as I started to hear
                                 the bad things being said about America and Americans and I am
                                 very patriotic, they upset me.  When I saw the missile being
                                 brought into the courtroom and they took it out and they passed it
                                 by the jurors, I cringed.  Every time I saw the box, I cringed.

Petra Bartosciewicz:   Donna soon found the evidence overwhelming. So did everybody
(voice over)                  else.  Everybody except one person.

Gussie Burnett:          My name is Gussie Burnett. I'm 65 years old.  I work for the
                                 Newark Public Schools and I'm a librarian.

Petra Bartosciewicz:   Burnett, Juror number 9, was the lone holdout.
(voice over)

Gussie Burnett:          As far as I'm concerned, it was entrapment.  If he didn't actually
                                 do anything.

Petra Bartosciewicz:   Some of the other jurors seemed to think that Lakhani actually
(speaking to Burnett)  could have done this.  Like, that he could have gotten that missile
                                 if he tried long enough.

Gussie Burnett:          But did he try for 22 months and didn't get one?  And after
                                 offering all this millions of dollars and he couldn't get a missile.
                                 No he wasn't gonna never get no missile.  And they knew he
                                 wasn't gonna get one either.  That's why they bought it and set it
                                 right there in his lap.  They just, I just don't get it, I mean they just,
                                 from day one, I just didn't understand it.  They came in and they
                                 sat down and they said this man is guilty, guilty, guilty, guilty,
                                 guilty, guilty.  They didn't even think about it.  Hey wait a minute,
                                 let's analyze these things.  Let's go over em one by one.

Petra Bartosciewicz:   For a few hours, Burnett held her ground.  It didn't go so well.
(voice over)

1

| | |
|---|---|
| Donna: | So I said, he's guilty. Someone says he's not guilty. And I'd say but he's guilty because look at page 48 and then someone else would say well look at page 52 so everyone trying to make themselves heard. Voices started to rise so you could be held, heard over the crowd. The juror who felt that he was not guilty, I think felt overwhelmed by probably a good 6, 7, 8 jurors talking loudly at the same time that actually turned into screaming to be heard. It was probably very intimidating for her. |
| Petra Bartosciewicz: (Speaking to Donna) | Cause it was all directed at her. |
| Donna: | Correct. Cause she was the only one that thought that he was not guilty. |
| Petra Bartosciewicz: (voice over) | Pretty soon, Burnett changed her vote. |
| Gussie Burnett: | Now this is how that happened. I just closed on a house in Virginia and everybody in the juror room knew it cause the court was closed down on April 25th so I could go close on the house. So when we came back I think we started deliberating on a Wednesday and when we got to what count and I said to the man not guilty and there ain't no body gonna change my mind and the Jury Foreman said if I didn't go along with them, I wouldn't see the inside of my house until December. So, I said aw, what the hell? He didn't mean nothing to me, man guilty. But I know it was wrong, it wasn't right for them to do that man like that. It wasn't right. But it's over now. |
| Petra Bartosciewicz: (Speaking to Burnett) | Are you saying you regret your decision to to find him guilty? |
| Gussie Burnett: | I don't know, yeah, yeah, I really do. Because as far as I'm concerned the man was entrapped. I should have held out. |
| Petra Bartosciewicz: (voice over) | So the only person who bought Lakhani's defense caved in the jury room. It took just over seven hours. The jury found him guilty. In the end, the Government spent almost two years and hundreds of thousands of dollars trapping a man who didn't seem to have any connection to any real terrorist or terrorist sympathizers. Chris Christie says it's his main regret about this case. That Lakhani didn't lead them to any other suspects. We asked Christie if maybe the problem wasn't that Lakhani refused to talk but that he simply didn't know anything. I guess it's possible, Christie said. Even so, he's happy with the outcome because it proved that law enforcement is meeting its mandate. |

2

# Exhibit 3

**Mr. Hemant Lakhani**
**c/o Passaic County Jail**
**11 Sheriff Plaza**
**Paterson, NJ 07501**

08 August 2005

Honorable Katharine S. Hayden
United States District Court
United States Post Office and Courthouse
Federal Square
Newark, NJ 07101

Re:    United States v. Hemant Lakhani
           Crim. No. 03-880 (KSH)

Dear Judge Hayden:

Please accept this letter in lieu of a direct expression of my sincere thanks and appreciation for conducting very ably and fairly, the one and only trial of my life. I am sorry, Hon. Judge, on account of my poor health conditions, and three surgeries, within three weeks period from Feb. 20th to March 10th, 2005, there were several interruptions. I am thankful to your goodself and for your tolerance, you were able to spend your valuable time to conclude finally on the 27th April 05. However, all my health problems are there, and continue to here in 50, as Doctor Mr. Wahba has aptly said in his report that "This the best I can do". This report and the views expressed by Dr. Wahba is based on assumption that, no further unforeseen relapses strike again, on my present state of health.

Now, Your Honor, please allow me to explain, the background of Lakhani family. I was born in the state of Porbandur on 2nd July 1935, n the family highly orthodox, Hindu, religious and educated family. My grand father was the attorney general of the state of Porbandur, Gujarat. He has four sons, including my father, who studied and qualified as civil engineers B.E. (civil), and then the rest of my three uncles were advocate and solicitors.

Traditionally, Hindu family, where grand father remains the head of the family. My grand father was very charitable, who had built school, kindergarten, widows 8 orphan house, funded by himself, temples, and trust for needy students for their tuition fees for higher studies, and free lodging and boarding house, for about 100 people, who are visitors to our hometown, who were regularly visiting to view the birth place of Mahtama Gandhi –the father of Modern India, who fought against British rule of 200

years, founded Indian National Congress, and won the independence, without the drop of bloodshed, only by virtue of non-violence and no-cooperation.

My twelve cousins, we all lived as one big joint family in a big house, with a large compound, and all my cousins, were trained as lawyers, and all of them practiced law, in the different parts of Gujarat, and one of my cousins became Law and Industry Ministry of State Gujarat Assembly.

I am now 70, years of old, married according to Hindu tradition for 44 years. We both had a very happy and healthy life, all through these years. We were gifted with one son, who born in London, brought up, educated and graduated with Hons degree [B.A.] in Business Administration from the city of London, college, Moorgate London E.G.2. We sent him to N.Y. to do a special course in design and merchandising in F.I.T. [Fashion Institute of Technology] and he worked as "Apprentice' with a well known company 'Christian Dior' for one year and having liked N.Y. started his own garment import company and brand name (Label) as "survival." We have been visiting him for the last 14 years –4 times a year and he would visit us in London at least 6 times, to do his selection, sampling, and his seasonal collection, for spring and fall.

I did my law graduation in the year 1958, and came to London, England, to become a barrister from Lincoln's Inn, London. I, returned to Bombay end of 1960, and got married, by an arranged marriage, as per our family traditions, with a highly educated Indian girl, who, having acquired a degree BA (Hons) in sociology, was reading law, at the government law college, Bombay, but she got married with me on 12th Dec 1960, she did not complete her law degree course.

We returned to London, on Jan 1st 1961, and having joined L.S.E. [London School of Economics] which I did not complete, I joined, the dress manufacturing company in London, and after working for seven years, started my own small company. The business grew very fast, as, my company brand label, became household names among young and trendy teenagers through out England and Europe. My company was awarded, by the Board of Trade and Industry –the annual award for Best Export Achievement in the field of ladies outerwear and apparels. In the end of the 80's there was a great slum and recession, interest rates were highest, housing market collapsed and lots of companies went out of business, and mine was one of the several.

By 1990, the U.S.S.R. Federation collapsed, and I saw some good openings, and having visited Moscow made some very important connections, with large importers of consumer durables, perfumery, clothing, footwear, gift articles, hand bags, who were looking goods from England and Europe – which I supplied –acting as buying house between seller from Europe and buyers in Moscow, end also, established a manufacturing plant for making men's shirts [due to cheap labour cost] and sold them back to large multiple stores in England and Germany. Besides having made very important connections with banking community, which was in its infancy, I trained them, brought them London, introduced them to main bank in London, so I was a like a Ambassador to them, consequently, I entered into debt swapping business – and counter trade business,

again acting as middleman and this business was very rewarding. I never did or even thought of doing any business in arms dealing during those _ years – in Moscow.

During those 7 years, since I was acting as Broker for several Indian business houses mainly for counter trade, I used to go to Delhi – once a week – and during this time, I met some group of people, who had interest in legitimate arms dealing business for India's requirement – which is about 8k. annually so I was asked to go to Kiev, just to visit, and create lobby for the pending business, which was not moving further [W.L.R. – Weapon Locating Radar]. I went to Kiev on 18th Nov. 1999 –made my first contact, with UkREPET-EXPORT and instantly, the organization liked me, and suggested that, for India the door, at present is closed, as they had some one doing their spade work, but other African countries are open for business – but of course – the only way –the correct way – G. to G. [Government to Government] with proper End Users Certificate –Mohan, India, being very active in non-arms trading business in Angola, secured, this BTR business for 11 pieces – which almost took 2 ½ years to complete – and this is only One Transactions –ever undertaken by me – in my entire life. I have had – or have no experience at all in this profession, but simply by virtue of my good nature, and friendliness, mostly all people develops liking for me – for my openness – human touch.

In the meantime, all through these years, I had developed excellent connections, with powerful business community and the ruling family of Abudhabi; as I have been going there since the oil was first discovered, in early 1960's, at that time, it was a complete new experience for me, as the local indigineous community looked upon me as, experienced businessman, of Indian origin, living in London. I kept my good will, until now – and will continue to be there for ever.

In late 2001, the large industrial house, were building a grass root refinery of 10 ½ million ton – in view of the changed Government of India's Liberalized policy –for Hydro-carbon sector – which Hatheto, was considered as Public Sector Unit (P.S.U.). The Project was worth 1 billion dollar – investment, and as per the regulations, the promoters are obliged to bring in Foreign Investor as equity partner – maximum allowed 26 ½ equity. They mandated me to search for such investor, and immediately, I accepted this challenge, and contacted, my old friends in Abu-dhabi – who is C.E.O. of a company called International Petroleum Investment Agency (I.P.I.C._, whose main function is to invest in Refinery Project globally. I got busy taking Delegation from Abu-dhabi –Co. to India, and – Indian delegation to Abu-dhabi – met some important royal prince – [Prince Mansoor -] all minister of Abu-dhabi to get their blessing – took the minister to India, to visit site Jetty construction, pipe line – working-progress-due dilegence, presentation, by Earnest & Young –and truly I was extremely busy from Nov. 2001 till end March 02 – meaning – till the date of signing M.O.U. between I.P.I.C. and Oil company [Essar oil]. These four months, virtually I had no time to breath even – than – a one giant wrong step – to visit and engaged in a talk with C.W. who, proclaimed, that he has Saudi Royal connections, who could, invest, up to 300 to 400 million in such projects, because, after 9/11, the Saudi's are withdrawing their funds from U.S.A. and this is the most ideal climate to tape their funds – so he insisted, on 19th Dec 01, to visit and discuss this project. I couldn't do it, immediately, but I told him, that, I could, perhaps, do it for a

day, in Jan 02 and discuss the projects. Prior to this, though me and my wife, have been visiting my son (Sanjay) for 4 times a year, for the last 14 years – and never had put foot outside "Manhattan" – and never <u>knew N.J.</u> or <u>C.W. in my life</u> – but it is true that "<u>bad company corrupts good morals</u>" <u>well this is a reality now</u> – and I am truly ashamed and regretful for the same.

About Mrs. Kusum Lakhani – my wife, I understand she is preparing her own, and she will be forwarding to Your Honor, in due course, through Mr. Klingeman. She also has a colorful and very happy married life, together for the past 44 years.

Your Honor, may, I now, add few lines after the verdict was announced on the 27th April 2005.

This verdict has now dramatically changed the life of our small family, and since the "<u>roof</u>" has gone over from Mrs. Lakhani's head, we all find it extremely impossible to cope and think about future.

Please allow me to say, Honorable Judge, that our happiness, a kind of happiness, that remained stable and persistent all through these glorious 44 years, dispite the life's ups and downs and normal fluctuations of mood, as a part of the very matrix of our life, but all of a sudden overnight, it has vanished – and we all are speechless and stunned, and are unable to think to be away from each other. Until now, I had certainty in my life, she is my certainty. In fact, what is so precious about our marriage is friendship – for it's a true friendship "<u>Togetherness</u>".

I am unable to think or sustain the idea this Union has abruptly dissolved, consequently, it has made it impossible for us to be away from each other. Being India wife, who are always protected as a matter of traditions and culture, from time immorial, I cannot bear to think the idea that now her life will be without me – it will be an Empty Life –

Besides, due to my present health conditions she would be even more concerned and worried about my health, sitting thousands of miles away – either in London or Bombay, India, could be extremely stressful and deadly, rather humanly impossible after a very long married life.

Of course, this trial has tremendously affected the very core of my health, and put me in a situation, where the recovery chances are very poor.

This is of course mainly due to my age, as I will be 70, years old on 2nd July 05, and surely the human body cannot function and produce the quality of life in terms health fitness, whilest you are in your youth. The disadvantages in getting old in age is, mainly, the old gets older everyday and you are becoming that much weaker. Well this human dynamics – this is the part of life.

May I, Honorable Judge, respectfully and humbly offer you my pleadings and prayers to consider in view of my very poor health and very long married life, to have mercy and, Your Honor, for Leniency, so that there is, room for rays of hopes, which would bring back us together, for what is left, few years of our life.

Sincerely yours,

HS Lakhani

# Exhibit 4

Kusum Lakhani,
New York,
15th June' 05.

The honourable Katharine S Hayden, Judge.
United states District court for the district
                                    of New Jersey.
United states Post office & courthouse,
   Federal Square, Newark, New Jersey. 07101-0999.

Dear Judge Hayden,
         This is an appeal for Mr. Hemant
Lakhani who is my husband. I am married
to him for last 45 years and I do love him
Very much. Our marraige was an arranged
marraige. It is still practiced in India
in some conservative family, whereby 'LOVE'
is planted by the seal of marraige and
it grows with time. In my case God has
given 45 yrs to grow more & more. Last
two years the circumstances have changed.
Having my husband around I am still sep-
-erated from him. I have suffered more than
my husband facing the world at large!
         We have always lived happily
in London and have very good friends. They
all are shocked and taken back by this news.
At 'HOME' in India our relatives and family
members are devastated by this unforseen
calamity on our family. Our family reputa-
tion has been ruined totally.
         My only son SANJAY who lives
in New York for last ten years is born
and educated in London. After his B.A

Degree (Business Administration) he came to Newyork to join FIT (NY University) for post graduation has been managing his own business in fashion garments. It was a real blow to his business and he tremendously suffesed financially and emotionally after this mishap in August 2003.

During the years in London when my husband was very busy in trading in fashion wear, I occupied myself entirely in community work helping the needy, lonely and less forfunate people. Also guiding the Asian people woman about their rights. My husband always encouraged and supported me towards my community work. Hemant, being the eldest in Lakhani family, is a guardian of all young nieces and nephews back home in India. He himself being a lawyer, has special value for educacation and always insisted and helped them financially towards their education. We have parented and housed many students from different countries who came to London for fusther studies. He is very generous and good hearted person and has given lot of charities to Indian/ Asian institutions in London as well as in India. In London these are the names of institutions

1) SANATAN HINDU TEMPLE - Leytonstone, London- E.11. UK.
2) BHARTIYA VIDHYA BHAWAN - Knightsbridge London-siod.
3) SANGAM ASSO. OF ASIAN WOMEN- Burnt Oak Bdwy, EDGWARE
4) SWAMINARAYAN TEMPLE - Neasden Lane, London. HA8-CAP
In India following are the institution
1) LAKHI NARAYAN TEMPLE - GHATKOPAR, BOMBAY-77 INDIA.
In our hometown PORBUNDER - Gujarat (INDIA)

③

There are quite a few institutions running on our family name 'LAKHANI FOUNDATION' for example, Law Library, Law College Coaches, orphanage for children, 'KESHOD' T.B. Hospital, 'KHODIAR TEMPLE' and 'GANESH TEMPLE' where my husband has donated whole heartedly. He also has donated towards digging up the wells in 'PORBUNDER' and 'JAMNAGAR' (Gujarat-India) as it becomes very dry in summer resulting in famine.

Now in view of verdict; with constant fear of verdict and worrying about my husbands health, it has become impossible for me to concentrate on anything and I have started loosing confidence in myself. Going through major surgeries Hemant's health has deteriorated a lot and loosing weight - continuously may not help him to recover entirely.

Sometimes M'am, the thought passes my ~~mind~~ fearful mind that will I be around to welcome him back when he returns 'HOME' after serving his sentence? As I am already 68yrs of age. The very idea to go back home without my husband makes me feel lonely in a different way.

May I, honourable judge, very humbly plead you and pray you for mercy and lineancy on my husband. So that by the Grace of God we can be together once again in this life.

My very sincere regards-
Kusum Lakhani

# Exhibit 5

THE HONOURABLE KATHERINE S HAYDEN JUDGE.
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
UNITED STATES POST OFFICE & COURTHOUSE
FEDERAL SQUARE.
NEWARK, NJ 07101-0999.


DEAR JUDGE HAYDEN,
                    HEMANT LAKHANI IS MY FATHER AND
OFCOURSE I HAVE KNOWN HIM ALL MY LIFE. OFCOURSE I
LOVE HIM AND TRULY FEEL FOR HIM. MY ABSENCE FROM THE
COURTHOUSE WAS DUE TO THE MEDIA COVERAGE AND MY
STRONG DESIRE TO AVOID THEIR ATTENTION, NOT, HOWEVER
DUE TO LACK OF CONCERN. NATURALLY FROM A CLOSE DISTANCE
I HAVE FOLLOWED THE EVENTS OF BOTH THE COURT PROCEEDINGS
AND ALL THE EVENTS PRECEDING SINCE AUGUST 12TH, 2003.
                    WITHOUT FURTHER ADO, I AM
GOING TO HIGHLIGHT SOME OF OUR FOND MEMORIES TOGETHER.
PLAYING SPORTS TOGETHER, WHETHER SWIMMING, PLAYING SOCCER, OR
COMMUTING TOGETHER TO SCHOOL OR ATTENDING TEMPLE FOR
WORSHIP, OR ON VACATION, MY FATHER AND I DURING MY
FORMATIVE YEARS ENJOYED EACH OTHERS COMPANY IN A POSITIVE
AFFECTIONATE FATHER AND SON RELATIONSHIP. MY FATHER IS
ALWAYS INTERESTED IN MY BUSINESS AND SOCIAL AFFAIRS AND
MADE A KEEN EFFORT TO BE INTERESTED IN MY INTERESTS, SO
THAT WE COULD BE CLOSER.
                    HIS QUALITIES AS A HUMAN BEING ARE THAT HE
IS WARM, AFFECTIONATE, FRIENDLY AND ALMOST ALWAYS ONE WITH
A POSITIVE ATTITUDE. HIS INNER STRENGTH NO DOUBT HAS BEEN
AND SHALL CONTINUE TO BE TESTED MOST THOROUGHLY DUE TO THE
CIRCUMSTANCES HE FINDS HIMSELF IN. I FEEL DEEPLY SADDENED
AS I KNOW, FROM THE BOTTOM OF MY HEART. HE IS NOT
AN EVIL MAN, AND PERHAPS HAD CIRCUMSTANCES BEEN DIFFERENT

HE WOULD HAVE PASSED HIS MATURE YEARS IN A MORE PEACEFUL AND HARMONIOUS MANNER. I HOPE THAT THE VARIOUS ACTS OF GENEROSITY THAT I HAVE WITNESSED MYSELF THAT HE HAS INDULGED IN COME BACK AND SMILE BACK AT HIM. TO NAME A FEW — HE FREQUENTLY HELPED FINANCIALLY FAMILY MEMBERS EMPLOYEES AND FRIENDS (downpayment on a first home) AND REGULARLY MADE CONTRIBUTIONS TO TEMPLE AND CHARITABLE CONCERNS (MY MOTHER VOLUNTEERED FOR OVER 25 YEARS AT A CHARITY FOR ASIAN WOMEN IN THE UK) AND HE ENCOURAGED HER THROUGHOUT.

MY FATHER HAS OFCOURSE SUFFERED GREATLY PHYSICALLY AND MENTALLY OVER THE LAST TWO YEARS. HIS HEALTH HAS DETERIORATED CONSIDERABLY, THE OPERATIONS WEAKENING HIM AND RESULTING IN VERY SIGNIFICANT WEIGHT LOSS. I CAN NOT EVEN BEGIN TO IMAGINE HIS EMOTIONAL STATE OF MIND, ALTHOUGH MY MOTHER AND I HAVE BEEN IMPACTED, AND SHE HAS, IN PARTICULAR SHOWN GREAT RESOLVE AND STRENGTH OF CHARACTER. WITH HER DEVOTION TO HIS CAUSE THROUGHOUT.

ON BEHALF OF MY MOTHER AND FATHER AND THE DISTANT POSSIBILITY THAT THEY ARE ABLE TO SPEND TIME TOGETHER AGAIN IN THIS LIFE, HAVING BEEN TOGETHER FOR FORTY FIVE YEARS IN MARRIAGE, I REQUEST THAT YOU AFFORD SOME LENIENCY IN THE SENTENCING.

RESPECTFULLY YOURS,

SANJAY LALCHANI

# Exhibit  6

Mrs Gopi Ashok
47 Ferndown
London

The Hon. Katherine S. Hayden Judge.
United states Dist. Court for Dist. of
                                    New Jersey.
     united states. P.O. & court house,
        Fedral square. Newark
        NJ 07101 - 0999.


Dear Judge Hayden,
          With great respect your honour I
write this to pray & plead for my uncle
my fathers brother - Mr Hemant Lakhani - for
lineancy towards him. He is my guardian
being the eldest in the family and I love
and respect him. He is a generous person
and who ever approached him for help always
had a good response. He has given lot of
charity in India as well as in London
          I humbly request you for mercy
looking at his ill health and old age.

                         Respectfully yours

                         Gopi Ashok

# Exhibit 7

9·7·2005

From:
Chatrabhujbhai Laxmidas
85 Nibthwaite RD
London.

To

The Hon. Katherine s. Hayden Judge.
United states Dist. Court for Dist. of New Jersey.
United States. P.O. & Court house,
Federal Square. Newark
NJ 07101-0999.

Dear Judge Hayden,

With due respect and humble request,
I Mr Chatrabhujbhai aged 88 years old pray your
honour to take lienivent views with mercy while
taking action against Mr. Hemant Lakhani. I know him
for the past 25 yrs and respectfully say that he
is having good character and generous nature. He
is always helpfull to needy persons.
I reiterate my humble prayer for mercy
and lienivent action.

Respectfully yours

Chatrabhujbhai Laxmidas.