**DOCUMENT FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 03-880 (KSH) |
|  | : |  |
|  | : | Honorable Katharine S. Hayden |
| v. | : |  |
|  | : |  |
| HEMANT LAKHANI | : | Sentencing Date:   Sept. 12, 2005 |
|  | : | 2:00 p.m. |

---

APPENDIX FOR ELECTRONIC FILING
PART II

---

KLINGEMAN TURANO LLC
230 Main Street, Second Floor
Madison, NJ 07940
TEL 973-236-0114
FAX 973-236-0012
EMAIL hek@ktlawyers.com
Attorneys for Defendant
HEMANT LAKHANI

On the Brief:

HENRY E. KLINGEMAN

# Exhibit 8

Case 2:03-cr-00880-KSH    Document 93-2    Filed 08/26/05    Page 2 of 27 PageID: 349



**The Lord Bagri CBE**
**80 Cannon Street**
**London EC4N 6EJ**
**Tel: 020 7280 0000**
**Fax: 020 7606 6650**

14th July 2005

The Honorable Katharine S. Hayden, Judge
United States District Court for the District of New Jersey
United States Post Office & Courthouse
Federal Square
Newark, NJ 07101-0999

Dear Judge Hayden

### **Mr Hemant Lakhani**

I am writing this letter in my personal capacity.

I have known the Lakhani family for well over two decades. During this period, Mrs Lakhani has been actively involved in charitable work with the full support and understanding of her husband.

Mr Lakhani is well known in the community as a good family man; always helpful and willing to assist those in need.

Quite obviously I cannot comment on the matters being dealt with by your Courts. Whilst I appreciate that evidence and law must take its own course, I would like to state that the actions that he has been accused of are completely out of character and he deserves maximum possible leniency.

Respectfully yours

The Lord Bagri CBE

# Exhibit 9

*Nirmal Banthia*

*65, The Downage*
*London NW4 1HR U.K.*

04 June 2005

The Honourable Katharine S.Hayden, Judge
United States District Court for the District of New Jersey.
United States Post Office and Courthouse.
Federal Square.
Newark.NJ07101 09999.

Dear Judge Hayden,

Subject: Mr.Hemant Lakhani.

I humbly request you to permit me to bring to your kind attention some
facts about Mr.Hemant Lakhani.

I first met Mr.Lakhani in early 1980s when I came to London to set up my
garment business here. He was already well established in the trade and
had made excellent contacts in the retail trade. He did not perceive me as a
new competitor; instead he thought I could complement his business and
in fact introduced many clients to me. He had very good contact in the
industry and was well known not only in UK but also in quite a few
countries in Western Europe. Mr Lakhani introduced me to some of his
accounts and I did good business with them. This was , indeed ,very kind
of him.

I always had very good personal relationship with him and I could always
count upon his help. I am sure he would not have hesitated to come and
help me even in the middle of the night if an eventuality arose. He was a
respected member of the community and was seen in all social gatherings.
He was always cheerful and joyous and every one used to enjoy his
company. He has a very good  sense of  humour and most people liked
and enjoyed his company.

His wife, Mrs Kusum Lakhani is a very religious lady and involved in
many social service activities. She was the president of a charitable
organisation called SANGAM for a very long period of time. She was

*Nirmal Banthia*

65, *The Downage*
*London NW4 1HR U.K.*

very actively involved in collecting funds for the organisation and eventually SANGAM bought their own building in London providing help to hundreds of persons in times of need. All their friends and community has very high regard and respect for both of them .I myself have always known Mr and Mrs. Lakhani to be a very kind, honourable and helpful persons.

I knew he was under financial difficulties for the last 5 years and was travelling very frequently to different parts of the globe to get some business deals concluded. I did not know about his business dealings at all and also do not know how he got entangled with this present case. The allegations what I read in newspapers were shocking and contrary to the character of the person I knew for many years. He was a man of simple living, a vegetarian, no alcohol, no gambling etc and was a devout Hindu. He used to go and pray regularly in temples and was a god-fearing person. He often travelled to India to worship at various temples. His reported utterances calling for destruction of human lives and properties are totally in variance to his normal behaviour which has not only shocked me but all my friends in the Hindu community who knew him.

Mr Lakhani has suffered a lot mentally, physically and emotionally during last two years in custody and is in very poor health. Mrs. Lakhani tells me that he has lost a lot of weight and does look very pale and tired. This has also affected Mrs.Lakhani's health and she too is in very poor shape.She is a wonderful human being and did not deserve to go through this nightmare.

Your Honour, I would like to plead leniency to him while passing sentence, taking into account his age, poor health, long standing as a good human being ,a loving husband and family man.

I shall be ever grateful for your kindness.

Respectfully Yours,

Nirmal Banthia

# Exhibit 10

5/7/05

FROM,

A. DALIA
327 RATNERS LANE
PIONEER M1002
HASSEM.

To,

THE HON. KATHARINE S. HAYDEN Judge,
United States - Dist Court for District of New Jersey
United states P.O. & Courthouse.
Fedral Square
Newark - N.J. 07101 - 0999

Dear Judge Hayden,

I the undersigned, respectfuly say and submit that I know MR HEMANT LAKHANI for last 23 years MR LAKHANI is strich Vegetarian and follwer of Hindu religion.

He has helped many people financialy & phisically. Both him self and his wife have spent most of their time for helping & charity work.

Unfortandly has been Victim of circumstances. I pray your honour to be lenient and show mercy while taking action.

with due respect
yours truely

A. DALIA

# Exhibit 11

## THE LORD DHOLAKIA of WALTHAM BROOKS OBE DL



### HOUSE of LORDS
### LONDON SW1A 0PW
Tel 020 7219 5353 (messages)   020 7219 5203 (direct)   020 7219 2082 (fax)

27 May 2005

The Honorable Katharine S. Hayden, Judge
United States District Court for the District of New Jersey
United States Post Office & Courthouse
Federal Square
Newark, NJ 07101-0999

Dear Judge Hayden

### Re: Mr. Hemant Lakhani

I write in my personal capacity as a friend of Lakhani family. I have
known the family for some years. Mrs. Lakhani has a record of charitable
work with women of Indian origin in Great Britain. Mr. Lakhani as a
businessman was involved in supporting many of such charitable
activities.

Mr. Lakhani is a good family man and was well liked by all those who
have come into contact with him. He has a progressive out look on life
and has never hesitated in assisting young people trying to build a
productive life in the United Kingdom.

There are many people who have benefited from his advice and help
particularly when racial discrimination made life difficult for many of
them. He is very much a straight talking individual and does not hesitate
to criticize colleagues if they fail to achieve their objectives.

E-mail:  dholakian@parliament.uk

It is not for me to comment on the matter which is being dealt with by your courts. It is the evidence that must dictate your verdict and that is something we must accept in a free and democratic society.

It was a considerable shock to many of us and it seemed completely out of character in the way he has behaved. However it is important to plead for leniency for a man who is now nearly seventy and has gone through serious health problems. In addition the court proceedings and his detention have resulted in financial ruin and serious emotional problems for his family.

The court always looks at all the circumstances affecting an individual when the judgment is pronounced. I on my part will continue to offer him moral support to ensure that at some stage he can put his life together and get back to the standing in the community he enjoyed here.

I remain respectfully yours.

Lord Dholakia OBE DL

# Exhibit 12

Case 2:03-cr-00880-KSH     Document 93-2     Filed 08/26/05     Page 12 of 27 PageID: 359



**DEWAN BARI DUGGAL**
*Adviser to A.C. Bank Ltd.*

**Tuesday, August 02, 2005**

**The Honorable Katharine S.Hayden, Judge**
**United States District Court for the District of New Jersey**
**United States Post Office & Courthouse**
**Federal Square**
**Newark,NJ07101-0999**

**Dear Judge Hayden,**

**Mr. Hemant Lakhani**

**I am writing this letter in my personal capacity for your kind consideration.**

**I have known Mr. Lakhani and his family for well over 20 years & during this period I found Mr.Lakhani to be a good person and well respected by Indian community as a good family man.**

**I was very surprised when I heard the matters in which your Courts are dealing obviously I am in no position to comment as the Law will take its own course, but at the same time its my humble request to you to please show maximum leniency as much as possible as I have seen that all his family has suffered enough and a lesson has been learnt.**

**Thanking you for taking the time to read this letter.**

**Respectfully yours**

**Dewan Bari Duggal**
**Chairman of the Board**
**Camrose Group (CVL)**

**LONDON:319,WATFORD WAY,HENDON,LONDON NW4 4TG**
**PHONE:+44 208 203 4771.FAX:+44 208 203 5571.MOBILE:+447 956 166 274**
**email duggal@totalise.co.uk or camrose@freeuk.com**

# Exhibit 13

May 13-05

TO
Honourable Judge-Cathuline Hoyder

This is an appeal to you for Mr. Hemont Lakhoni. He is my brother-in-law and a very good human being.

No doubt everyone makes a mistake in life - Sometimes not intentionally - I really can vouch for certain he is no - the type to deliberately harm anyone. God had given him enough but - Sometimes ombition & circumstance make a man do something when he is having bad luck - He is very well educated and always used to be strict with us & advise us not to do anything wrong. He has Contributed for the education of poor - Was very generous & kind to poor in our community. P.T.O.



As a matter of fact he is already punished enough & would never dream of getting involved with wrong people. My sister is like goddess- she is God-fearing woman - I hereby request you to show as much leniency as you can considering his age and health.. I pray sincerely for health of Mr. Lakhani & hope for him.

Champa T. Kotak
Flat 15 ponkaj- A
Opp. podar Hospital
Dadi. Mumbay 400018

# Exhibit 14

**38-40 Eastcastle Street**
**London W1N 8AF**

**Tel: 020 7636 2313**
**Fax: 020 7636 6040**


**25th May 2005**


The Honorable Katherine S Hayden, Judge
United States District Court for the District of New Jersey
United States Post Office & Courthouse
Federal Square
Newark
NJ 07101-0999


Dear Judge Hayden

**Re:    Hemant Lakhani**

My purpose in writing is to tell you what I know of Mr Lakhani which may assist you in deciding on an appropriate punishment for him.

I am a British born citizen of Jewish descent. I am an Alumnus of the Peddie School, Hightstown, New Jersey which I attended during 1947/1948 on an English Speaking Union Scholarship.

Hemant Lakhani has been rightly convicted of serious offences. I do not write to you to condone those offences in any way. I am an implacable foe of terrorism for which there can be no excuse. Several of my fellow Peddie Alumni perished in 9/11.

I served as an Officer for two years in the Royal Air Force and then joined my family firm in the cotton industry where I worked for some twenty years.

Mr Lakhani, who ran a clothing business, was a customer. He always honoured his obligations although he invariably had a different reason each month for late payment.

His reasons were transparently fantasy (a strike at the bank in Dubai where his funds were; a derailed train in India carrying his merchandise etc.,). They were always delivered with much charm and were accepted with a straight face. "Late Payment Lakhani" was a company joke.

When, in later years, I changed careers, I became the Credit Controller for Great Portland Estates Plc, one of Britain's largest real estate companies, Mr Lakhani was a tenant with offices in Central London.

Getting him to pay his rent was no easier than getting him to pay his cotton bills. He was always awaiting a large cheque from somewhere. He often spoke of a huge deal that was going to make him rich.

Various investments were spoken of. He once told me that he was expecting a cheque from contacts in Dubai for $300,000,000 to invest in London.

It was obvious to me that he was still fantasising and living in a dream world.

In the year before his arrest, I saw him several times in our local travel agent. He often spoke of flying to foreign corners of the earth doing enormous deals. He had clearly not changed. I listened to his fantasies politely.

I was shocked to hear of his arrest and concluded that he had tried to live out his fantasies but with potentially tragic results.

His offences cannot go unpunished but I hope that consideration will be given to his mental condition and the physical affects he has already suffered whilst in custody.

I do not believe that he could possibly be a threat to society in the future in any circumstances.

Yours respectfully

Malcolm V Morgan

# Exhibit 15

24th May 2005
(Mumbai

To,
Honourable Judge,
Catheline Hayden,

Dear Madam,

This is an appeal to you for Mr. Hemant Lakhani. He is a very good & dear friend of mine, and use to help me and all our family & friends for any kind of love & assistance required. He is well educated & comes from a good family background. He went to Uk early & was a very successful business man.

Sometimes in life, it happens, that unknowingly, due to bad luck & ambition, a person makes a wrong decision, inspite of the fact that his intentions are not bad. Madam, this has happened to Mr. Lakhani, and for that he has been punished for so long, & has suffered very much.

It is my sincere request to you madam, to have mercy on him, as his health has deteriorated so much. His wife — Kusum — is a lovely lady — whom I have known since childhood, & she too has suffered endlessly — for no fault of hers. I sincerely beg for mercy for Mr. Hemant Lakhani

N Mankad
(Niru Mankad)

7A Sportsfield, 9A worli Sea Face,
Mumbai, India.

# Exhibit  16



**SIR GULAM NOON** MBE
*Chairman*

25 *Queen Anne's Gate*
ST. JAMES'S PARK, LONDON SW1H 9BU

The Honourable Katherine S Hayden, Judge
United States District Court for the District of New Jersey
United States Post Offices & Courthouse
Federal Square
Newark NJ 07101-0999

26 July 2005
By Fax and Post

Dear Judge Hayden

<u>Re Mr Hemant Lakhani</u>

In normal circumstances when a person is arrested for such a heinous crime, I would not even think of writing a letter such as I am writing to you now. Every human being is responsible for his actions and must pay his dues to society.

As far as Mr Hemant Lakhani is concerned I have known him for the last 10 years and he is indeed a good man with a good family background. I know his wife as well because of her charitable work in London.

I do know that he was an Importer/Exporter but I am not convinced he was a 'terrorist'. However he had a habit of boasting and was a loud mouth and for which he has landed himself in this difficulty. I have great faith in the democratic values and jurisprudence of the western world and I am convinced that under your able judgement he has received a fair trial.

I can merely plead that his action was completely unbelievable and when I read it for the first time I was horrified and shocked that a man like Mr Lakhani could sell armaments to the killers of humanity.

He has suffered enough emotionally and financially and his entire life is in tatters. Perhaps he needs some leniency which please do give him if you can.

Respectfully yours

NOON GROUP

| | |
|---|---|
| Telephone | Int +44 (0)20 7654 1600 |
| Fax | Int +44 (0)20 7654 1601 |
| Email | info@noongroup.co.uk |
| Web site | www.noongroup.co.uk |

# Exhibit 17

# H.M. SARAFF

**MABLEDON**
**LONDON ROAD**
**TUNBRIDGE WELLS**
**KENT**
**TN4 0UH**

**Tel : 01732 368888**
**Fax: 01732 367890**
**e-mail: mabledon@aol.com**

8 June 2005

To:

The Honorable Katharine S. Hayden, Judge
United States District Court for the District of New Jersey
United States Post Office & Courthouse
Federal Square
Newark, NJ 07101-0999

Dear Judge Hayden,

I am making this plea personally on behalf of Mr. Hemant Lakhani whom I have known for many years. I request you to be lenient and merciful. He is basically a good, charitable and generous person.

Respectfully yours,

H. M. SARAFF

# Exhibit 18

Pushpa S Sejpal
301 - Priya
New-Link Road
Andheri (w)
Mumbai 400053
(India)

To,

The Hon. Katharine S. Hayden, Judge
United Status. Dist. Court for District
of New Jercy.
United States. P.O. & Courthouse
Federal Square
Newark - NJ 07101 - 0999.

Dear Judge Hayden.

I the undersigned humbly plead
you for my brother-in-law Mr. Hemant
Lakhani whom I know since my younger
sister married to him before 45 years.
I pray your honour to be merciful
as such he has suffered enough and
so has my sister. Looking at his old
age and ill health please kindly be
lineant towards him

Respectfully yours

Pushpa S. Sejpal

25th June '05