**DOCUMENT FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 03-880 (KSH) |
|  | : |  |
|  | : | Honorable Katharine S. Hayden |
| v. | : |  |
|  | : |  |
| HEMANT LAKHANI | : | Sentencing Date:    Sept. 12, 2005 |
|  | : |                            2:00 p.m. |

APPENDIX FOR ELECTRONIC FILING
PART III

KLINGEMAN TURANO LLC
230 Main Street, Second Floor
Madison, NJ 07940
TEL 973-236-0114
FAX 973-236-0012
EMAIL hek@ktlawyers.com
Attorneys for Defendant
HEMANT LAKHANI

On the Brief:

HENRY E. KLINGEMAN

# Exhibit 19

Shivlal N. Sejpal
Advocate
17-Makanji Mansion
Mumbai - 400016 (India)

3rd July 2005

To,

The Hon. Katharine S. Hayden, Judge
United States - Dist-Court For District
of New Jercy
United States P.O. & Courthouse
Federal Square
Newark - N.J 07101 - 0999

Dear Judge Hayden,

I the Undersigned humbly Pray Your honour on behalf of Mr Hemant Lakhani to be lenient and mercifull. He is aged and of ill heath. I have known for number of years. He has been Victim of Circumstances.

I reiterate my prayer for Mercy and lenient action.

Respectfully yours

(Shivlal. N-Sejpal)

# Exhibit 20

*Nirmal Sethia*

21 WINNINGTON ROAD
LONDON   N2 0TP

02 June 2005

The Honorable Katharine S. Hayden, Judge
United States District Court for the District of New Jersey
United States Post Office and Courthouse
Federal Square
Newark
NJ 07101 0999

Dear Judge Hayden,

To your Honour's attention I would like to bring certain observations and facts with regards to Mr. Hemant Lakhani.

I met Mr. Lakhani first in 1970 when he used to act as a clothing merchant and was considered as a respectable member of the community.  I was happy to associate myself with him, because I found him humble, God fearing and a family orientated man.  Since my early days I have always seen him at almost all social gatherings within the community and well liked by all.  He and Mrs. Lakhani have always come forward in assisting the community services, in fact, Mrs. Lakhani was one of the founders of a charity organisation known as Sangam, of which I was the first contributor for its formation.  I was approached by Lady Bagri and Mrs. Lakhani for my support, which I readily gave and today this organisation is thriving, while serving the under-privileged ladies of the community.  A brilliant example of dedication of its members, which include Mrs. Lakhani.

The greatest quality of Hemant Lakhani has always been his humbleness and non-controversial nature.  I have always known Mr. Lakhani to come forward to the rescue of the other members of the community at times of their need.  In a specific case, from memory, it was in 1985, that one of the important members of the business community had got into major financial crisis and needed some money desperately to bail him out.  This person was Mr. Joshi who was hesitant to approach me for the assistance, as he was afraid of a'No' from me would have embarrassed him.  It was Mr. Lakhani with the noble thought of assisting this man without any consideration or self-interest called me, met me and I did assist.

I do not know the truth of what has happened in the recent past which has, not only caused enormous suffering to him and his family, but has shocked the entire community.  The allegations what we read seem totally opposite to his inherent

*Nirmal Sethia*                                     21 WINNINGTON ROAD
                                                    LONDON   N2 0TP

nature.  Therefore, I am lead to believe that whatever may have happened could have been the cause of certain constraints which have been imposed upon him, whereby he could have lost his balance of mind and might have made utterances which were most unbefitting to his character, to his upbringing and to the Hindu community at large.

Your Honour—he is not a young man.  Always in life everyone goes through a phase of suffering which are pitiless tests imposed by the Divine Will.  I believe he might have failed some of these pitiless tests and, therefore, I would consider this as an extraordinary situation.  On the whole he is a good man who loves his family and the community.  I do not believe that he is a destructive man and he meant any destruction.

Not knowing the case, I am unable to comment but all I would plead is leniency to any sentence which is being given to him.  I shall be ever grateful for this act of kindness.

Respectfully yours,

N.K. Sethia

# Exhibit 21

**Mr. N. P. TANNA**

MAHENDRA VILLA,
Appt No. 1,
Khot Lane,
Ghatkopar, West,
MUMBAI 400 086.
India.

18th May, 2005.

Respected Lordship,

I pray your loardship to show mercy on Mr. Hemant Lakhani.

I know him as god-fearing religious & family man since over last 40 year. I also understand that he is only earning member of the family.

I urge your loardship to show this act of kindness and mercy on him. And for this act of kindness I thank your lordship from bottom of my heart.

Respectfully yours,

(N.P.Tanna).

# Exhibit 22

From :

Damodar N. Thakkar,
Advocate High Court,
3, 'Gita Bhavan', Karani Lane,
Ghatkopar (West),
Mumbai-400086, (India).

Date : 16/5/2005.

To,

The Hon'ble Judge,

With great respect Your Honour I write this to say that I know MR.HEMANT SHANTILAL LAKHANI, since last about 45 years. To the best of my knowledge he bears good moral character and he is a god-fearing man. He is a family man and is the only earning member in the family.

I most humbly request and pray that he may be shown utmost leniency and mercy.

And for this act of kindness, I shall as in duty bound ever pray.

Respectfully yours,

(Shri. D. N. THAKKAR).

Tel. : 513 09 69

**DAMODAR N. THAKKAR**
B.A. LL. B.
**ADVOCATE, HIGH COURT**

3. "Gita Bhavan", Karani Lane,
Ghatkopar (w), Mumbai-400 086.