**DOCUMENT FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 03-880 (KSH) |
| | : | |
| | : | Honorable Katharine S. Hayden |
| v. | : | |
| | : | |
| HEMANT LAKHANI | : | Sentencing Date:  Sept. 12, 2005 |
| | : | 2:00 p.m. |

APPENDIX FOR ELECTRONIC FILING
PART IV

KLINGEMAN TURANO LLC
230 Main Street, Second Floor
Madison, NJ 07940
TEL 973-236-0114
FAX 973-236-0012
EMAIL hek@ktlawyers.com
Attorneys for Defendant
HEMANT LAKHANI

On the Brief:

HENRY E. KLINGEMAN

# Exhibit 23



# LAKHANI FAMILY

Living in London for more than 40 years, having British Nationality originally came from India from a very religious conservative family. Education was a prime principle of the family where most of the male members were professionals mainly in Legal field. Both Mr. & Mr. Lakhani also studied Law from Mumbai University, India, before coming to London.

Very well travelled they had a vast group of friends and contacts from various countries. Friends from different countries occasionally used to stay with them at their home during their visit to London. Also many students stayed at their home till they were settled in their own university halls. They way Sanjay also had a chance to speak and learn different languages and a way of life from different countries.

They are well respected in the Indian community living in London and participated in most of the charity events, thus mixing with very important personalities and dignitaries like Counsellors, Mayors, Ministers and Industrialists visiting from India. They lead very busy and fuller life.

Rest of the family members are living in Mumbai & Porbunder where they originally came from. On the paternal side the male members are mostly educated in legal field and professionals. While on maternal side they are mostly in business dealing in commodities and exporting to Europe.

...ION WEEKLY, February 4, 1966

      

Mrs. S. Van der Werff    Miss E. Finer    Mr. W. Hollingsworth    Mr. H. Lakhani    Mr. M. Jackson    Mr. A. Hall    Mr. T. Pepper

**JLP BUYING SWITCHES**

     

Miss R. Turnbull    Miss R. Binnie    Mr. J. Davies    Mr. P. Moss    Mr. J. Vick

# MANAGERIAL CHANGES BY THE CHIESMANS GROUP

MANAGERIAL changes have been made by Chiesmans, the Lewisham-based store group.

Mr. G. R. deCastro, former general manager of the Maidstone branch, has now been appointed general manager of both the Upton Park and Ilford stores. He has also been elected to the board of Chiesmans of Upton Park.

Mr. M. J. McCleary, general manager of Leonards, of Rochester, part of the group, has also been appointed general manager of the Gravesend store.

Mr. S. Hubbard, general manager of the Tunbridge Wells branch, has also been appointed general manager of the Maidstone store.

Mr. H. Weblin, section manager, fashions, at Harrods, is relinquishing his duties to take over responsibility for the ground floor departments.

Miss J. Harcombe, buyer for active sportswear and cruisewear, has been appointed section manager responsible for fashions.

Mr. J. McDonald, buyer for the suit room, has been appointed section manager responsible for the fashion departments previously administered by Mr. Weblin.

Mr. I. Watts has been appointed fur buyer, on the retirement of Mr. E. Croff.

## WOOLLANDS BUYERSHIP

## Cotton board scholarships

THE Cotton Board this week announced five new awards totalling £1,750 under its travel scholarship scheme for textile designers. The winners are:

Miss Rosemary Binnie, a designer of printed dress fabrics employed by Ferguson Bros., of Carlisle, part of the Viyella International group; Mr. Frank Davies, a designer of woven fabrics with Warner & Sons, of Braintree; Mr. John Davies, woven fabrics designer with English Sewing; Mr. P. C. Moss, a designer of West African prints for the Calico Printers' Association; and Mr. J. R. Vick, designer of traditional furnishing fabrics employed by Bernard Wardle.

# People in the news

# P. P. Payne salesforce

FOUR new sales appointments have been made in the Garment Label Division of P. P. Payne & Sons.

Newcomers to the salesforce are: Mr. A. Skinner, who will assist Mr. J. Imrie in Western Scotland, Westmorland and Cumberland; and Mr. A. J. Hall, who will assist Mr. C. W. Behague and Mr. H. R. Patterson in the West Midlands and Cheshire, and in South Lancashire, respectively.

After four years as a member of the Division's sales promotion team, Mr. T. F. Pepper will assist Mr. G. W. Armstrong in Derbyshire, Lincolnshire and Nottinghamshire; and after two years in a similar capacity, Mr. J. Butler will work with Mr. C. J. Payne in Yorkshire.

Mr. G. A. Samuel has been elected vice-chairman of Charles Early & Marriott (Witney), the blanket manufacturers. Mr. W. R. Dominey is retiring from the board and as vice-chairman after 39 years with the company.



# HEMANT LAKHANI

Born in Gujarat state in Western India, had a strict background of religious, educated and conservative family. To begin with his grandfather, who was a lawyer to the King of Porbunder (Q.C.) – which is a birth place of Mahatma Gandhi – has had all his sons and grandsons in the same profession e.g. lawyers and solicitors. Hemant had very playful and happy childhood, growing up with cousins in a joint family.

Hemant lost his father at the age of 16, started working in Mumbai and attended Law College during early morning session. He acquired Law Degree (L.L.B.) while supporting family financially. Being ambitious he wanted to achieve something in life – something different than all his cousins. He went to London for further studies and joined Lincoln's Inn.

Entirely different atmosphere and away from home he was very homesick and returned to India not completing Law Degree. In Mumbai the family was keen to "arrange his marriage" to Kusum. They organised meetings with few girls whom they had already met before and know their background. Wedding was announced on 12th December 1960 and soon after they set off by ship to London, to complete his law degree. With added responsibility of a young wife and studies, he took up a job. It was interesting job with a firm manufacturing fashion wear. Looking after exports he travelled all over Europe & Middle East, making many contacts. During these years he learned a lot about fashion wear and started liking the field. He set up his own business in rag trade. Kusum also was learning the ways of life in new set up and different country started working and lending a helping hand to Hemant. She became a proud mum of Sanjay in 1966.

Hemant was the first Indian person to set up in East Castle Street. That was the year when Indian cotton was very much in fashion. Hemant started manufacturing Garments in India to import them in UK and re-export in Europe. Having low cost labour these garments were costing less and Indian cotton was in a Vogue. His fashion wear gear became very popular and buyers from Europe and UK were regularly visiting India with Hemant. He made many friends and contacts progressing in Business. At a time Hemant was biggest importer of Indian gear in UK.

"RICHES TO RAGS" is a famous saying about Rag Trade. Hemant also suffered the same set back. A well-known public company in London gave a gigantic order to be manufactured in India and delivered in UK in March as beginning of spring collection. That particular year there was heavy snow till the month of April. Good arrived in time from India, but the market could not respond because of unusually treacherous weather. The buyer had to cancel the order and eventually heavy financial losses suffered by Hemant's company. As a result he had to go bankrupt not being able to co-operate with the situation.

Being disappointed and with lack of finance he was importing smaller amount, he had knowledge, experience and capacity to do more but the resources available at that time restricting his progress. Financial constrain was a hurdle to his progress. He decided to use his contacts in Middle East and diverted his business from Garments to Rice and Commodities with the help of his cousins in India, who were trading with the same items in East Europe. Hemant is very open, frank, friendly and very easily makes contact. He would relate himself to others within no time. He would trust all and people would take advantage of his innocence and openness. During these shuttling to and from India and Middle East he met few awkward and tricky

characters who approached Hemant enquiring about Rice and ended up discussing other items (Hard-wares) in other parts of Middle East e.g. Somalia, showing big finances and great profits. Hemant was enticed to an extent; he was blinded and made believe the real destroyers against humanity who were trying to justify their existence at a blind mans cost.

I am sure that any wrong doing of which he has been accused of has been the result of him being manipulated by third parties taking advantage of his ambitions to succeed and his straightforward nature.

Thank you.







# KUSUM LAKHANI

Born in Karachi and brought up in close-knit family with eight other siblings. Five sisters and three brothers and being the middle one in a raw of siblings she was a pet of all. Having had very protective, playful and happy childhood, in 1947, after the partition of India her parents moved to Bombay where she finished her schools and joined University to finish her B.A. with Sociology and Cultural Anthropology. Besides education she was always interested in Cultural activities e.g. dancing, sports, music.

Very mixing and social by nature used to be surrounded by friends wherever she went. She was the G.S. (general secretary – utmost title in college in those days) of the cultural association. Completing Graduation she went to Government Law College in Mumbai for law degree. After one year not completing her law degree which she always repented, she got married to Hemant. It was an arranged marriage whereby the groom is selected by parents after much scrutinising the family background, Hemant being law graduate, freshly arrived from London. According to her parents he was the most eligible bachelor. They got married on 12.12.1960 with a Hindu religious ceremony in presence of hundreds of relatives and friends. On 16th December 1960, they set off for London by ship.

Arrived in London on 1st January 1961 to start their married life in most amusing and thrilling new set-up. They both worked to support each other and to experience and learn new ways of life in Noel set up. After few years Hemant started his own business in fashion wear and Kusum became a proud mum of Sanjay in 1966. During the years looking after her son, lending a hand to her husbands business they travelled throughout in Europe, America and Middle East making new friends all over the world and entertaining them during their visit in London.

Kusum was always attached to her family and parents and in-laws living in Mumbai which dragged her every year to India. She inherited the cultural and religious values from her parents whom she met every year. She respected all the preachings, teachings and every word they uttered and learnt to respect the moral values in Human life. She always felt protected in loving warmth of her parents as they lived till the age of 85 & 92 approximately.

When Sanjay went to University, and Hemant had all the ups & downs in business, she diverted her interest in social work & community service. She joined Sangam – An Association of Asian Women which has been established in London for some 32 years helping the Asian community. Taking up the responsibilities very sincerely and having a mixing and helping nature she was well trusted by the members. Became President of Sangam for six years and then onwards working with various committees in different capacity she met Social Workers, Counsellors, Mayors and High Commissioners. She was awarded the Mayor's Shield for the "Best Community Worker" in Barnet.

Having wide circle of friends and recognition from Government she used to enjoy her work. Having husband's interest at heart she was always abreast with his activities and business ventures. Hemant used to travel a lot and thereby God only knows how he was enticed and entrapped by unknown people who lead him his misfortunes. But Kusum, having tremendous faith in God Almighty believes sternly and strongly that "Truth will prevail and justice will be done to the righteous."

Thanks.







## SANJAY LAKHANI

Date of Birth 6th September 1966 Place of Birth – London U.K.

Being born and brought up in London, Sanjay always had private education. Starting from Wellgarth Nursery in Hampstead, he joined Junior School North Bridge House in Regents Park, at the age of 5. Completing eleven plus he joined senior school at UCS in Hampstead till the age of 16. He was good as studies and represented the school football team. He always participated in other sports activities and outings & camps. He loves swimming, reading and travelling. Sanjay joined City University at Moorgate in London and graduated in Finance & Economics.

During the university years he had to complete two terms of internship, he worked for "City Corp" (Bank) for first six months and then second term he worked Coopers & Lybrand (they business management firm) for six months.

Sanjay, a very pleasant personality, astute in manners and very English accent has had a wide circle of friends all over the world. He is sincere and hard working. His father being in Fashion Trade decided to go to New York for further studies at FIT (Institute of Fashion Technology) to learn all modern techniques about the Fashion Trade. Before acquiring the degree he had to go for internship again with two different companies. First six months he worked for Christian Dior (International fashion wear from Paris) and then six months for "First Glance" (A New York based fashion company).

During these years of learning and experiencing, Sanjay started liking the set-up of Fashion Trade and atmosphere in New York. He started his own company called "SURVIVAL INC." in New York, importing fashion garments from UK, India & Far East and marketing them in United States.

Sanjay has high value for family life and he is close to his parents. He is religious by nature which he inherited from the grand parents in India. He visits India every year and loves to meet relatives and cousins. At younger age he used to visit India with parents to meet the family. Now he regularly visits India for business. He imports garments from India as well. Keeps himself busy in planning & projecting for forthcoming season & preparing the new collection. Hope he succeeds all the way.

God Bless

