URGENT

dl - 25th Nov. 08

FROM: H. LAKHANI, esq
Reg: 25753050
M.C.F.P.
4000 SPRINGfield,
M.O 65801

To: THE clerk,
United STATES DISTRICT Court,
District of NEW Jersey
NEWARK,      Federal SQ,
N.J   07101.

RECEIVED

DEC 0 1 2008

AT 8:30 _____ M
WILLIAM T. WAL_ _ _ERK

RE: U.S V. Hemant LAKHANi,
Case No. 03-880-01,

DEAR SIR,

Please accept this letter in lieu of my
request to send me copy of THE opinion of the
United states district court in the matter captioned
above as soon as possible and oblige:
Thanking you for your understanding
and in the meantime, I remain,
Submitted respectfully
H Lakhani

P.S. Please if would be kind enough to Send Two copies
For which I thank you so much.