dt - 22nd July 09

FROM  H Laikhani etc
Reg.   25753050
        NI c.i.P
        4000-Springfield,
        MO. 65801

TO     THE CLERK,
       United States District Court
       District of New Jersey,
       Federal square,
       Newark. N.J 07101

RECEIVED

JUL 27 2009

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Re. U S v. Hemant Laikhani [03-880-01]

DEAR SIR,

I am enclosing herewith copy of your reply in response to my request of 25th Nov 08, For your ready Reference.

Unfortunately, I couldn't thank you earlier as I was seriously ill due to my heart-condition for all this time. Please accept my apologies

I am writing this letter to request your Court to let me have a copy of the Court order issued by your Court around early Jan 04, [before my Trial began] For the "Removal" of my aka name "Hamad" erroneously given to me in my indictment proceedings.

My Former Attorney, had filed a motion into your Court that the name Hamad must be stricken Forthwith from all the records of the court paper and to refrain from using the same in any court proceedings

in the future.

I will be obliged, if you would be kind enough to send me copy of this order at your earliest. Should there be any cost for this service please do let me know so that I will arrange the remittance.

Thanking you for your understanding and have a lovely summer vacation.

Regards

Lakhani

Encl 1

URGENT

d1 - 25th Nov. 08

FROM: H, LAKHANI, esq
Reg: 25753050
M. C. F. P.
4000 - SPRingField,
MO 65801

RECEIVED

DEC 01 2008

AT 8 30
WILLIAM T WA_____ M
_____RK

TO   THE clerk,
United STATES DISTRICT court,
District of NEW Jersey,
NEWARK,          Federal SQ,
N J    07101.

RE:  U.S V. Hemant Lakhani,
CASE No.  03 - 880 - 01

DEAR SIR,

          Please accept this letter in lieu of my
request to send ME COPY of THE opinion of the
United states district court in the matter captioned
above  as soon as possible  and oblige.
          Thanking you for your understanding
and in the meantime, I remain,
               Submitted respectfully
               H Lakhani

P.S.   Please if would be kind enough to send Two copies
For which I thank you so much

Attn: See Back of this letter:



attn: just return this letter with a money order payable to "Clerk, U.S. District Court", for the amount of $99.00

We then will send you this opinion you are interested in

Sincerely
The Clerk's Office, U.S. District Court

12/4/08.                                    9:30 AM.