1/2

From: H LAKHANI, esq
Reg: 257530-50
M.C.F.P.
4000-SpRingField,
M.O 65801

To: THE CLERK,
United States District Court,
District of New Jersey
Federal square,
NEWARK, NJ 07101

on - 1st Sept 09

RECEIVED

SEP - 8 2009

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Re: U S V Hemant Lakhani - 03-880-01.

DEAR S.R,

I am very sorry, I could't thanks earlier for sending me a copy of the court order dated 11th May 2004 as I was seriously ill and was hospitalized for several days.

May I kindly request you if you would be kind enough to mail me a copy of the "Transcript" of this Hearing, should there be any payment required to be made, please do let me know so that I can make necessary arrangement. [Transcript of 11th May 2004 Hearing]

I would't have troubled your court but MR Henry Klingman, who represented me, both at the Trial and Appellate court 3rd circuit, Philadelphia, has closed his firms viz Klingman Turino and Klingman Law, I am unable to locate him. Subsequently, He began working for messrs.

2/2

Greenberg, Dauber, Epstein and Tucker of.
One Gateway center, Newark, NJ 07102-5311, but
later on, Greenberg advised me that he was no more
working with Them ( copy enclosed)

Public Information Act.
I am also Filing my Formal petition
For a request under above act For the supply of the
following, in view of Klingman's unavailibity.
I require copies of the Evidence(s)
Which were admitted as Defense "Evidence" bearing
Nos. 1 To 10 or (eleven.) I do't believe, there't many.
Thank you For your understanding,
and apologising For the Trouble, if any, I am giving
your office

Sincerely yours
Hi Lakhani.

Encl 1

GREENBERG DAUBER EPSTEIN & TUCKER
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
SUITE 600
ONE GATEWAY CENTER
NEWARK, N.J. 07102-5311

(973) 643-3700
FACSIMILE (973) 643-1218

December 4, 2007

Mr. Hemant Lakhani
Reg. No. 25753-050
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

Re:   United States v. Hemant Lakhani

Dear Mr. Lakhani:

Please be advised that Henry Klingeman is no longer with this firm.

He can be reached at 744 Broad Street, Suite 1903, Newark, NJ 07102.

Very truly yours,

*Michelle Nogueira*

Michelle Nogueira
Legal Secretary to Mr. Greenberg

mn
Encl.

RECEIVED

SEP - 8 2009

AT 8:30_____M
WILLIAM T. WALSH, CLERK