c/t:- 21st JAN 2010

FROM: H LAKHANI. esq,
Reg: 257530-50
M.C.F.P.
4000- Springfield,
M.O. 65801

To    THE Right Honorable Judge,
      KATHRINE S HYDEN,
      United States District Court,
      Martin Luther King JR Court House,
      50- Walnut ST,
      NEWARK, N.J. 07102

RE: H LAKHANI. V. U.S. States
    Crim. No- 03- 880 [KSH]
    Court order 14th May 2004

Hon Judge Hayden,
        PLEASE accept this letter in lieu of my request for a copy of the above Court Order in the matter referenced above. together with a copy of it's TRANSCRIPT as well
        Hitherto, I have requested the office of the clerk including the court Law Reporter MR FLORIE and also the office the court Records but so far I have't received the same; Nor any response.
        I am therefore submitting respectfully my formal request to do the needful.
        Kindest regards from MRS. Lakhani & myself. Thanking you - your Hon -  Respectfully, yours, Lakhani