1/2

off:- 25th May 10

FROM: H LAKHANi ES9,
Reg: 57530-50
H. C. F. P.
4000. SPRingField,
M.O. 65801

TO: RALPH F FLORIO, OCR,
OFFicial Law RepoRTeR,
P O BOX. 20274,
NEWARK-
NEW JERSay 07101

Rose,
Nothing TAKEN
on That date !!
VRSS

Rose
No Such date
ANy Notes Taken
VRSS

RE: Request FoR Transcript (11th may 04
CouRT ordeR. U.S.D.C NEWARK. N.J

DEAR MR FLORIO,

upon my Further request To the
office of the clerk of the USDC Newark court, NJ
I Have now received additional confirmation dated
[24th May 10] [ copy enclosed]. on my request For a copy
of the couRT Transcript dated 11th may 2004

In it, again 9 am directed by
the clerk to CONTACT you [ MR Ralph FLoRio] For any or
all "Transcripts" about the above referenced court order.
This is Not a request For dis-
closure of the usual presumtion of secrecy surrounding
the court work. These disclosure are NoT sought in
the interest of informing public "debate" but it is
consistent with that bit of symbolization the court
approved almost all the Times. Having secret bodies

2/2

of Laws is unethical to Constitutional democracy and denying is "Hijaking" the constitutional value. Besides, you know very well, Sir, that I have been defendant in this matter.

Please do let me have a copy this Transcript and should you require any payment, do let me know as well — and if there are any bye-Laws that is supposed to prohibit requiring disclosure — all I am asking is what's Legal

Thank you for your cooperation in advance and my regards to you Sir —.

Encl 2

Sincerely yours
H Lachan.

atten: These orders come cloxsest to anny and all orders you have described. It has been mentioned to you a number of times you must write to the Court Reporter for any + all Transcripts. The Court reporter is Mr. Ralph Florio.

5/22/10

1

FROM: RALPH F. FLORIO, OCR                NOVEMBER 29, 2009

PO BOX 20274

NEWARK, NEW JERSEY 07101

TO: H. LAKHANI

RE: REQUEST FOR TRANSCRIPTS

MR. LAKHANI, I DO NOT HANDLE ANYTHING BUT TRANSCRIPTS. YOUR LETTER SHOULD BE DIRECTED TO THE FILES AND RECORDS DEPARTMENT OF THE NEWARK CLERK'S OFFICE AND THEY WILL BE ABLE TO HELP YOU.

THANK YOU

RALPH F. FLORIO OCR

U.S. DISTRICT COURT, NEWARK, NEW JERSEY 07101



Case 2:03-cr-00080-KSH Document 103 Filed 06/08/10 Page 5 of 5 PageID: 512

Laichan 237530-50
**Medical Center for Federal Prisoners**
**P.O. Box 4000**
**Springfield, Missouri 65801-4000**

Legal SPRINGFIELD MO 656

28 MAY 2010 PM 3 L

RALPH F FLORIO OCR
OFFICIAL LAW REPORTER
U.S.D.C. - NEWARK. NJ
PO BOX 20274
NEWARK
NEW JERSEY 07101

07101+E274