# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

June 8, 2010

H. Lakhani via Regular and Certified Mail
Reg. No. 257530-50
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. LAKHANI; Criminal No. 03-880(KSH)

Mr. Lakhani,

I have reviewed a copy of your letter to Ralph F. Florio, CSR, dated May 23, 2010, in the above captioned case. This letter appears to be a request for a transcript from May 11, 2004; however, there was no court proceeding in your case on that date.

For your convenience, I have enclosed a copy of the official docket sheet, and have highlighted the minute entries of all court proceedings. Please refer to this list to ascertain which proceedings you would like a transcript for, and order those specific transcripts from the court reporter listed on those minute entries.

Sincerely,

Michael F. Rivera, In-Court Supervisor

Enclosure.

cc: Ralph Florio, CSR
    Rosemarie Donaghue, Court Services Supervisor