RECEIVED

AUG 04 2010

AT 8:30 _____ M
WILLIAM T WALSH, CLERK

1/2

dtd 24th July 2010.

FROM: H. Lakhani, Esq

Reg: 257530-50

M.C.F.P.

4000- Springfield,

M.O. 65801.

Recorded-Delivery

TO: Michael F. Rivera, Esq,

IN- Court Supervisor,

U.S. D.C,

NEWARK,

N.J 07101-0419

RE: USA v. Lakhani - Criminal - 03-880 - KSL.
Record - CM/ECF

DEAR MR. RIVERA,

I Have been advised by the Office of the Clerk, U.S. Appellate Court, 3rd Circuit, Philadelphia, That They have No record on their Listing about a Firm known as KROVATIN LLC, who acted as CJA Court Appointed Counsel in this matter captioned above, but I should WRITE TO the office of the Clerk, U.S. D.C. Newark, NJ where all Such Record are held as such appointment are initially made by the Trial Court.

However, they Confirmed That Henry Klingman of Klingman Law LLC, was appointed CJA Counsel To represent appellant on 27th September 05 and the Record is available on DISTRICT Court CM/ECF. on this matter, And He, First appeared on behalf of appellant on 12th Oct.2005.

Additionally, the office of the clerk also informed that Klingman filed his motion to withdraw as counsel for Appellant on 28th March 07, but NOT on behalf of Klingman Law LLC. The motion was filed for and on behalf of Messrs. Greenburg, Dauber, Epstein Tucker A. ONE GATEWAY Center, Newark-NJ 07102-5310, and the court subsequently on 10th May 07, issued and granted order, for withdrawal.

WHAT IS MISSING HERE, in this PUZZLE is THE COURT-ORDER FOR FIRST closing of KLINGMAN LAW LLC as CJA counsel and the 2nd opening of Klingman as a GHOST of Klingman Law LLC, Representing Messrs. Greenburg, Dauber, Epstein & Tucker. I am advised that to avail This information, I Should write directly to your office and ask FOR RECORD on district court CM/ECF, as as such record are maintained by the DISTRICT COURT.

OF Course, in the MeanTime I look Forward to receiving from your office the details on KROUATIN LLC, emerging as my CJA counsel toward the tail end of my Appellate proceedings as requested in my letter 24th June 10.

Besides, I consider it as a concrete measure of the Nation's commitment to equal Justice by providing indignant defendants effective appointed Counsel is more than a constitutional obligation for access equal under the law. To Justice in Requittably, the appellant was Never advised by your Court on Klingman's Mysterious CHARADE — IS this "ETHICAL"?

I hereby request, your Court, First as appellant defendant and as General public—Pursuant FReedom of public Information At CFORIA] to let me have requested information at your earliest

Regards — Sincerely your Lakhani