dt: 31st Oct 10

From: H. Lakhani. esq,
Reg:   257530-50
       M.C. FP
       4000- Springfield
       M.O 65801-4000


To: Michael F Rivera Esq,
    IN- Court Supervisor.
    US DC
    Newark - N J

                      Re: U.S.A. v. Lakhani [Crim, No 03-880-KSH]

MR Rivera,
              It is with regret once more I am writing
this letter to you to send me a copy of Minute
Entries of the court proceedings for item, No 25
covering the issue that the alias "Hemad Lakhani
be stricken from the caption of this case
              In the meantime, I am enclosing a copy
of a letter dated 6th June 06, from Klingman in response
my letter to the clerk of the court, 3rd circuit, Phila-
delphia. requesting the removal of Klingman as my CJA
Counsel, due to his alleged misconduct. In my letter to
the clerk Ms Waldron that I wish to have a lawyer
of my choice for which I will pay.
              Klingman refused to withdraw, the
reason he gave that he did't have grounds to
do so.

Subsequently, He sent a Fax to my wife dated 14th July 06, asking her Join him at Philadelphia To attend the oral Argument on my appeal, which the Appellate had scheduled for 28th Nov 06.

Later on in early Sept 06. Two months before my oral Argument — [already pre-scheduled for 28th Nov. 06 —]I received a fresh Motion filed for request for "Oral-Argument" from klingman. When I enquired with the clerk of the court, she advised me that there was a change about my counsel, but I should write to US.DC. directly to find out more about it because all such changes are made by the Trial court.

The Things began to unravel and I found out that somewhere between July and end of August 06, Messrs Greenburg, Dauber, epstein & Tucker an Atorney were appointed as the CJA counsel for my direct appeal.

Well, I have the following questions if you would be so kind to Let me know.

1) When was Greenburg, Dauber appointed?
2) Why I wasn't informed or Consulted?
3) I should be given my constitutional Right To choose the Lawyer of my own choise — specially when I did write to Appellate Court for klingman's removal.

4) Besides, this a democratic Country — where the Rights of the individuals are Guaranteed under constitutions — and it is my Trial — and I am the appellant/defendant.

I request you to Let me have the details on item No(25) and also copy of the Motion Filed by Greenburg, Dauber which does't appear on your docket sheet.

CC To US. Justice Dept.          Thank you                     Lakhan.
ETHICS Division, Washington D.C

# KLINGEMAN LAW LLC

10 JAMES STREET
FLORHAM PARK, NEW JERSEY 07932
TEL 973-236-0010 ♦ FAX 973-453-8101
www.klingemanlaw.com

HENRY E. KLINGEMAN*

ANNA G. COMINSKY

* Admitted NJ PA & HI
+ Certified by the Supreme Court of
  New Jersey as a Criminal Trial Attorney

OF COUNSEL

ANNMARIE HARRISON
NANCY M. KLINGEMAN

Writer's Direct Line:
(973) 236-0110

June 6, 2006

Writer's E-Mail Address:
hek@ktlawyers.com

**ATTORNEY-CLIENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL**
Mr. Hemant Lakhani
Reg. No. 25753-050
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

Re:  United States v. Hemant Lakhani
     Dkt. No. 05-4276 (3rd Circuit Court of Appeals)

Dear Mr. Lakhani:

I received your May 30, 2006 letter. In it, you ask me to make a motion to withdraw as your attorney and to return to you documents that you originally sent to the Court of Appeals but were forwarded to me.

As I indicated to you in previous correspondence, I will not now move to withdraw as your attorney. I have no grounds to do so. Your present dissatisfaction with me is not a basis for withdrawal. I am appointed by the Court to represent you and I will fulfill my obligations, which are nearly complete in any event.

Enclosed are your documents. I have not copied them. Thus, you should take care that they are not lost.

Finally, due to its own internal scheduling, the Court of Appeals has indicated that it will not schedule your case for disposition until September 2006, at the earliest. I will keep you posted of further developments.

Thank you for your attention.

Very truly yours,

KLINGEMAN LAW LLC

HENRY E. KLINGEMAN

Enclosure

{00264969; 1}

QUESTION No 1

a) PLEASE advise me the NATURE of his Reason. for which He decided TO withdraw representing Klingman Law LLC.

b) THE date of Filing His Withdrawal motion and the date on which your Court appointed Ms. Greenburg, Dauber Epstein & Tucker To replace Klingman Law LLC as my counsel for my direct appeal.

c) Any certificate of Filing, if any as the court appointed Counsel.

d) Lastly, Neither the Court Nor Klingman Law advised the appellant/defendant about This change over.

e) did the Court Considered him (Klingman) as incompetent?

Lastly:

QUESTION No 2.

RE: ORAL ARGUMENT

① The Appellate Court had already scheduled on Nov. 29th as date Fixed — For Oral Argument — I Have a copy of a letter dated 14th July 06 — addressed to Klingman by the clerk of the Court —(Ms. Ayana) — Confirming the date. Besides, we also got a Notification from Klingman [ based on an previous motion File by Klingman Law in Jan. 06]

② Why did He File another motion in the Name of Greenburg asking For Oral Argum