dt: 9th Nov. 10

From: H Lakhani. esq,
Reg: 257530-50
      N.C.FP
      4000-Springfold.
      M.O. 65801

To: Michael E RiveRA, via Regular and Confifred mail,
    United States District Court,
    Martin Luther King JR, Federal bldg. & court House,
    NEWARK,
    NJ 07101-0419

            RE: USA v. Lakhani. Criminal-03-880-(KSH)

MR RiveRA,

            I Trust you have received Letter dt
28th oct.10, including all my previous request, but so
far I Have't received a copy of a Minute entries
of the court proceedings for item No. 25.
            As I wrote to you that Keeping record
between Klingman and his Numberous Associated Law-
Firms is Likeing solving a Rubik's cube. Now there is
one more Twist in solving this puzzle in light of the
enclosed Letter dated 20th March 07, from Messrs Greenburg
Dauber, Epstein and Tucker, as there is No Record of the
Minute entries of the court proceeding of Greenburg's
appointment as my counsel for my direct Appeal, which
was Heard at the 3rd circuit, the Appellate court, Philadelphia
[ For Some unknown reason - This item does't appear on 3rd circuit
Docket sheet ]

As defendant/Appellant, I hereby request your court to let me have the copy of the motion filed by Messrs Greenburg, Dauber, Newark, NJ requesting your court to act as my counsel in my direct appeal i.e the exact date and the Reason for their appointment [ certificate of- Compliance]

Hetherto, I have observed that all my previous request have not been met. It seems, there is a kind of communication gap or Reluctance. I as defendant/Appellant, do have a constitutional Right to access the official Record and proceedings of my own Trial. There is no denial that constitution is the Rock upon which this country/nation rests. we must follow it not only when it is convenient, but when fear and danger beckon in a different direction

Thanking you for your understanding and look forward to receive all the information I have requested for.

Sincerely

LAKHANI

P.S    The clerk of the court Marcia Waldron had advised earlier that M/s Greenburg Dauber, Epstein & Tucker had filed a New Motion of request for ORAL Argument in the end of August '06 - the before the Filing of the Motion date: sixxx. 7th Sept. '06

## GREENBERG DAUBER EPSTEIN & TUCKER
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
SUITE 600
ONE GATEWAY CENTER
NEWARK, N.J. 07102-5311

(973) 643-3700

FACSIMILE (973) 643-1218

hklingeman@greenbergdauber.com

March 20, 2007

HENRY E. KLINGEMAN

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION**

Mr. Hemant Lakhani
Reg. No. 25753-050
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

Re:    <u>United States v. Hemant Lakhani</u>
Dkt. No. 05-4276 (3rd Circuit Court of Appeals)

Dear Mr. Lakhani:

Enclosed is the opinion of the United States Court of Appeals. As you will see, the Court has affirmed your conviction and sentence.

You have the right to ask the Court of Appeals to re-hear the case. You further have the right to seek review by the United States Supreme Court. Finally, you have the right to seek review by the District Court, pursuant to 28 U.S.C. § 2255. Each of these options is subject to very strict time deadlines.

Recently and consistently, you have indicated in correspondence to me and the Court of Appeals that you want me to cease to represent you. Consistent with your wishes, I intend to file a motion in the Court of Appeals seeking to withdraw as your counsel. Consequently, I will not be asking the Court of Appeals to re-hear the case or the Supreme Court to review the case. You will need to do these things either on your own (<u>pro se</u>) or with counsel retained by you or court-appointed. If you want court-appointed counsel, you must petition the court.

Thank you for your attention.

Very truly yours,

HENRY E. KLINGEMAN