# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

November 15, 2010

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letters dated October 31, 2010 and November 9, 2010.

In both letters you reference minutes to docket entry #25 in the above captioned case. Document #25 is a continuance order that was entered on May 13, 2004. This entry would not have had any in-court proceeding related to it; therefore there would be no related minutes to send you.

As far as appointed counsel for your appeal, Mr. Klingeman was appointed by the 3rd Circuit Court of Appeals to represent you via an order dated September 9, 2005. This court is not in possession of that order. All subsequent proceedings dealing with the issue of counsel were handled by the appeals court, not by this Court.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC