1/3

dt:- 26.14 NOV. 10

From: H. LAKHANI, esq
Reg: 257530-50
      H.C.F.P
      4000- springfield,
      M.O. 65801


TO: MICHAEL F RIVERA,
    iN- court supervisoR,
    U.S.D.C.
    NEWARK,
    NJ. 07101- 0419


RE: U.SA. v LAKHANI - CRIM- No 03.- 880 (KSH)


DEAR MR. RIVERA,
             I am in receipt of your certified mail
dated NOV. 15th 10, contents of which I have duly noted
            ISSUE 1 - ENTRY 25 - DOCKET ENTRY
            THIS is about the a.ka name " HAMAD "
To be STRICKEN from this case. You will ofcourse understand
that the idEA TO " STRICKEN " the NAME "HAMAD " did NOT
originally spring from the THIN AIR NOR the COURT (MR FLORIO)
TOOK a FANCY TO " STRICKEN " because it did't bLand with
defendants ( LAKHANI ) family NAME
             SIR, you know, God has reason FOR every
thing, and so does the COURT, As all court orders issued
OR request FOR issue, a MOTION is filed either by the
defendant and or/ plaintiff. The COURT than hears the
ArgumentS based on Record and facts and accordingly

Makes it's decision in the interest of the applicant on it's merits without fear or favour but fair and balance in the interest of Rule-of-Law.

In instant case, the a.k.a. 'Hamad' Name [a typically Muslim sounding] was announced willfully and maliciously at the Time of filing charges by the Federal prosecutor to conduct press conference

Since I am a Hindu (Indian) born of Indian parents in India and we preach and practice Hindu religion very strictly, without politics, profiling or prejudice. Being involved in High profile Terrorism case, specially after 9/11, this Name would have been inflammatory, prejudicial and counter-productive, while conducting my case, pre and post Trial, I am sure you will understand - why?

No doubts, these Facts were duly Factored before the court For it's knowledge and consideration for and against " Strickening" Hamad Name. In case, if you are unable to find a copy of minute Entry for this Episode, as a defendant, I hereby request you to let me have a copy of the motion filed by Klingman together with any on all relevant correspondence, including all the discussion that took place before the court, Leading Finally To " Stricken" the 'Hamad' from this case. To put the record straight, this was Necessary, as it's like describing Klingman as client Number 9 - [ Eliot Spizer - the disgraced Former Governor of New York] This is only as "metaphor". - Once again, I insist that, I must know, what was filed in the motion about me as defendant and the opinion of the court, in it's decision making For" Strickening" Hamad from my case.

Klingman's Rubik's cube disclosures
ORDER: 5th Sept 05.

However, I feel, I am being boxed across the aisle between 'Newark' and Philadelphia as the loyal clerks of these respective courts, appears to have been engaged in "kicking the can down the road", Not to resolve this issue, which I consider unconstitutional.

As per your letter under reference, the key to Klingman's "Rubik cube", dubious, non-transparent shot gun marriages and the abrupt closure of his two lucarative Law Firms i.e. Klingman Turano and Klingman Law LLC, respectively, Lays Firmly with the court that issued the court order dated 5th Sept 05.

This matter is further complicated, when I received, this week, a six page copy of docket sheet to-gether with a copy of the motion and certificate of compliance, filed by Klingman with the clerk of the Appellate court 3rd Circuit court. The clerk has drawn my attention, on the motion filed by Klingman who represented Lakhani as your CJA Lawyer — did not say "your (3rd cir) court. Besides, there is no such reference about court order dated 5th sept 05 — on their docket sheet [P. No2 - attached.] is it possible that this Record may be available on [item No3] District court CM/ECF ? if so, can you let me have this —

I trust, you will be able to resolve all these issues, as we all know that the Legitimacy of the court order come from the fact that they reason openly, on record based on facts.

Wishing you all "Happy Thanks giving Holidays"

Sincerely,

Lakhani.

Encl. 2.

Enclosures

P.S.        item no    date
            1         9/27/05 — Notice filed by Herman Lerner
                      [ copy enclosed]

but there is no record. For filing a Motion by
Klingman on this Docreet-sheet — there is only
Just an order appointing Klingman — ?
Can you clarify — Where and when — the
motion was filed — by Klingman — ? — Then
again all there happened on 27th Sept 09 —

        Re: Lucarative practise — of klingman's
            Two Law Firms — ! closed earlier by Him —
            Sound Wa-nd — You can see How much
            He was paid hourly — He was paid several
            Thousands dollar Just under 10. weeks —
            of 400 dollar Per Hour —
                [ way back in 2005 — ]

—/6

HEMANT LAKHANI (#25753-050)
      Defendant - Appellant

Hemant Lakhani
[NTC Pro Se]
United States Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65808-0000

UNITED STATES OF AMERICA

  v.

HEMANT LAKHANI,

      Appellant

| | |
|---|---|
| 09/27/2005 | Criminal Case Docketed. Notice filed by Hemant Lakhani. [attached] |
| 09/27/2005 | ORDER appointing Henry E. Klingeman, Esq., CJA counsel to represent Appellant, filed. |
| 09/27/2005 | RECORD available on District Court CM/ECF. |
| 10/06/2005 | APPEARANCE from Attorney George S. Leone on behalf of Appellee USA, filed. |
| 10/12/2005 | APPEARANCE from Attorney Henry E. Klingeman on behalf of Appellant Hemant Lakhani, filed. |
| 10/12/2005 | INFORMATION STATEMENT on behalf of Appellant Hemant Lakhani, received. |
| 10/28/2005 | TRANSCRIPT PURCHASE ORDER (Part I), already on file in the District Court Clerk's Office, filed. |
| 11/10/2005 | BRIEFING NOTICE ISSUED. Appellant brief and appendix due 12/12/05. |
| 12/12/2005 | MOTION by Appellant for extension of time to file brief and appendix until 12/23/05, filed. Answer due 12/22/05. Certificate of Service dated 12/7/05. |
| 12/16/2005 | MOTION filed by Henry E. Klingeman for Appellant Hemant Lakhani for approval of advance brief and appendix reproduction expenses, filed. |
| 12/23/2005 | HARD COPY RECEIVED from Appellant Hemant Lakhani (10cc w/ vol 1 of appendix attached). E-brief received on 12/23/05. |
| 12/23/2005 | PRESENTENCE REPORT (4 ccs) received. [UNDER SEAL] SEND TO MERITS PANEL |
| 12/28/2005 | Notice of telephone request to Henry E. Klingeman, counsel for Appellant, for virus certification and an amended authority. Response due in 3 days. |
| 12/28/2005 | LETTER dated December 28, 2005 on behalf of Appellant providing regional citation for case listed among authorities, received. SEND TO MERITS PANEL |
| 01/06/2006 | ORDER (Clerk) construing Appellant's Motion for Extension of Time to File Brief and Appendix as a Motion for Leave to File Brief and Appendix Out of Time. So construed, the motion is granted with filing as of the date of this order, filed. |
| 01/06/2006 | ELECTRONIC BRIEF on behalf of Appellant Hemant Lakhani, Copies: 1, Pages: 41, Word |

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 05-4276

UNITED STATES OF AMERICA

      Appellee

      v.

HEMANT LAKHANI,

      Defendant-Appellant

:
:
:
:
:
:
:
:
:
:

District Court Docket No.
Crim. No. 03-880 (KSH)

**Certification of Henry E. Klingemen, Esq. in Support of Motion for Filing an Overlength Brief**

HENRY E. KLINGEMAN makes the following statement:

1. I am an attorney-at-law in the State of New Jersey and a member of the Bar of the United States District Court for the District of New Jersey.   This firm has been appointed CJA counsel for Defendant-Appellant Hemant Lakhani in the appeal of this case.  I submit this Certification in support of appellant's motion for an Order permitting the filing of an overlength brief.

2. The instant case involves a complex illegal arms dealing case which took over four months to try.

3. The record on appeal of Defendant-Appellant's case is close to 3,000 pages, and includes 14 trial transcripts and a sentencing transcript. The completed Appendix is 2,962 pages long.

4. The Brief raises four separate legal issues, including issues relating to the trial and sentencing, is over 40 pages long, and is submitted herewith.

*NOTE: appointed CJA Lawyer - Question by whom? which court? and where is the copy of motion filed -*

{00245637; 1}

5.   Also among the issues raised in Defendant-Appellant's appeal is a sufficiency of the evidence argument, which requires a detailed analysis of all the evidence presented during the course of the trial.

6.   Therefore, Defendant-Appellant submits that the attached brief totaling 43 pages is necessary to adequately raise and address the facts and issues relevant to Defendant-Appellant's appeal.

7.   For the foregoing reasons, Defendant-Appellant respectfully requests that this Court enter an Order permitting Counsel to file the attached overlength brief.

I, the undersigned HENRY E. KLINGEMAN, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

_____
HENRY E. KLINGEMAN

Dated:  December 23, 2005
        Florham Park, NJ

**DOCUMENT ELECTRONICALY FILED**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW JERSEY

FULL CAPTION IN DISTRICT COURT:

United States of America

v.

Hemant Lakhani

DISTRICT COURT
DOCKET NUMBER <u>Crim. No. 03-880</u>

DISTRICT COURT
JUDGE          <u>Hon. Katharine S.
Hayden</u>

NOTICE OF APPEAL

TO

U.S. COURT OF APPEALS
THIRD CIRCUIT

Notice is hereby given that _____<u>Hemant Lakhani</u>_____
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment,

[ ] Order, [ ] Other (Specify) _____ of the United States

District Court, District of New Jersey, filed in this action on <u>September 12, 2005</u>.
(Date)

DATED: September 19, 2005

<u>Henry E. Klingeman</u>_____
For Appellant

<u>230 Main Street, 2nd Floor</u>___
Street

<u>Madison, New Jersey 07940</u>_
City, State, Zip

<u>(973) 236-0010</u>_____
Telephone