1/2

dt. 1st Feb. 011

FROM: H. LAKHANI esq,
Reg: 257530-50,
M.C.FP.
4-000 - Springfield,
M.O. 65801.

TO: Michael F Rivera, esq,
IN COURT SUPERVISOR,
U.S.D.C.
New ARK.
NJ 07101-0419

RE: U.S.A. V. Lakhani Criminal No. 030-880) KSH

MR RiveRA,
                    I am surprised you have't yet
replied to my earlier communication.
                    WE are Not kids any Longer, We are
all grownups and I am on my Twlight zone of my Life.
According to my DocToR at this Institution, my HEART
will Never beat at Full Strength again. My Now mecha-
nical pump, a partial artifical Heart known as VERTRO-
cular assist devise to Live For years, the LongTerm
prospects remain Unknown.
                    All I have requested to you as the
officer of the court in my capacity as Appellant/defendant
a copy of "Minute Entry For proceedings held before
Judge Katherine Hayden [item No 24] a motion held
on 26th April 04, which was entered by MR. FLORiO

2.

and repeated on 28th April. [see PNo 6/12 of your docket sheet- Highlighted by you]

Additionally, I also requested for a copy of item No 25 - [ which is marked as " Continued Order"] and was signed by Judge Hayden on 11th May 04 and the same was entered on 13th May 04. This order is about strickning the alias NAME HAMAD."

THE Law is Not simply what powerful people would want others to believe. It is rather — THE Law is WHAT the COURT says it is, and the court in the case of United states has an enviable constitution on which To base it's decision.

FOR the purpose of Record, I am pleased to enclose herewith a copy of PNo. 12 — an INVORCE FROM KLngman who acted as a para Lawyer prior to his Turning into Court appointed CJA Lawyer. By the way, we have paid to him Several thousands dollars. However, I HAVE To cove and beg For my own records — is it the Normal practise of Legal Community? in the STATE of New JERSEY.

I HAVE read about JuDGES suspected of Fixing parking FINE Tickets, but HAVE you come across, a CJA Lawyer is charging 400 PH- FOR PARKING forhis client? [ copies attached herewith] and Yet I am deprived of receiving my own COURT documents For which He was Hired!

i do't know How to describe is Conduct but as an officer of the COURT, I shall leave it to your sound Judgement so that good sense may prevail and you will be so kind to let me have requested documents and please do answer me, what ever decision you may take

Sincerely

Hdais

Encl 2.

Exhibit-K.L 1

Lakhani, Hemant

January 8, 2004
Page 12

RECEIVED
U.S.C.A. 3rd

Jeffrey Clark and Brian Howl re: indictment
0.30 hours at $400.00 per hour

| | | | |
|---|---|---|---|
| 11/26/03 | HEK | Conference with Assistant U.S. Attorney Jeffrey Clark and Assistant U.S. Attorney Brian Howl re: discovery/handwriting exemplars  0.50 hours at $400.00 per hour | 200.00 |
| 11/26/03 | HEK | Telephone conference with defendant Hemant Lakhani re: handwriting exemplars  0.30 hours at $400.00 per hour | 120.00 |

S. TURANO —

| | | | |
|---|---|---|---|
| 12/01/03 | ST | Jail visit    TURANO  During you absent from Nigeria  2.75 hours at $400.00 per hour | 1,100.00 |
| 12/01/03 | ST | Parking fee  TURANO  Big Mistake  6.00 hours at $400.00 per hour  To be checked | 2,400.00 |
| 12/03/03 | ST | TURANO  Telephone conference with J. Clark re: handwriting  with MR HOMRY on 15th Nov 04 in the meeting  exemplars  0.33 hours at $400.00 per hour | 132.00 |
| 12/05/03 | ST | TURANO  Jail visit; telephone conference with Mrs. Lakhani  3.00 hours at $400.00 per hour  you were in Lagos Nigeria | 1,200.00 |
| 12/09/03 | ST | TURANO  Jail visit  3.00 hours at $400.00 per hour | 1,200.00 |
| 12/11/03 | ST | TURANO  Attend meeting with AUSA Clark, Special Agents and H.  Lakhani re: stipulations and handwriting exemplars;  With MR. TURANO  telephone conferences with client; telephone conference  with Mrs. Lakhani — Re documents each  4.00 hours at $400.00 per hour  I can't understand — was hours — we wrote here for 4 hours | 1,600.00  TURANO 932.00 |
| 12/15/03 | HEK | Telephone conference with British Consul Jackie Cerdan re: status  0.20 hours at $400.00 per hour | 80.00 |
| 12/15/03 | HEK | Telephone conference with Kusum Lakhani (defendant's spouse) re: pending indictment  0.20 hours at $400.00 per hour | 80.00 |
| 12/15/03 | HEK | Telephone conference with Assistant U.S. Attorney Jeffrey Clark and Brian Howe re: pending indictment | 120.00 |

# New York Report

## The New York Times

# 4 Jersey City Judges Are Suspected of Fixing Parking Tickets

**By JONATHAN MILLER**

JERSEY CITY, Oct. 9 — Four of the city's 10 municipal court judges — including the former chief judge — are being investigated by the New Jersey attorney general's office on suspicion of fixing parking tickets for friends or family, and in at least one case for a colleague on the bench, officials here say.

During the past month, the chief judge has resigned and the three other judges have taken leaves of absence. In addition, the chief justice of the State Supreme Court, Stuart J. Rabner, has assigned the day-to-day operations of the court to a Superior Court judge from Hudson County.

In a state buffeted by the indictments and convictions of public officials, the trial court administrator here, Joseph F. Davis, added an ominous note.

"People are concerned with what they're seeing," Mr. Davis, whose position is part of the state court system, said in a recent telephone interview, "and others may be concerned with our ongoing investigation."

Mayor Jerramiah T. Healy — a former Jersey City municipal court judge himself who appointed the recently-resigned chief judge to her $109,265-a-year position — said he was shocked and saddened.

"People have a right to be disappointed and somewhat angered," Mr. Healy said in a recent interview. "I was certainly surprised."

In this growing and gentrifying city, the disclosure has resonated with many over what is a perennially volatile subject: the scarcity of parking spaces and the price paid for violations.

"It's unconscionable," Randy Cuevas, 19, a hip-hop music producer, said on Tuesday after paying the court $110 for a parking violation and costs. Next, Mr. Cuevas said, he was headed to the city's parking authority, where he would pay $120 to remove a Denver boot, which locks illegally parked cars in place. "I'm paying tickets left and right."

According to officials here, the judges being investigated include Chief Judge Wanda Molina, who resigned last month, and Pauline E. Sica, Irwin Rosen and Victor G. Sison, who took unpaid leaves. None of the judges responded to telephone calls seeking comment.

In addition, two court employees, Virginia Pagan and Victor Matos, were suspended last month, and Ms. Pagan later resigned. Neither of them responded to calls seeking comment.

According to local officials, Ms. Moli-

*In a city where an expired meter violation is $29, a scandal draws public fire.*

na is suspected of trying to have numerous tickets dismissed that had been issued to a companion while she was chief judge. Judge Sica is suspected of using her influence to seek the dismissal of a ticket issued to a judicial colleague. Judge Rosen is suspected of dismissing a ticket that had been issued to himself.

For now, Superior Court Judge Maurice J. Gallipoli of Hudson County is overseeing the Municipal Court here. And on Tuesday, a second Superior Court judge from Hudson County, Sheila A. Venable, took over as the temporary chief judge.

"The shadow that has been cast over the integrity of the Jersey City Municipal Court is unacceptable," Judge Gallipoli said in a statement. "I intend to be involved personally in every aspect of restoring the integrity of this court and to root out any practice that diminishes its good name."

While none of the judges has yet been charged with official misconduct, the attorney general could make a criminal complaint if the evidence warrants it. A judge, if convicted, could be sentenced to a maximum of 10 years in prison. Separately, investigators at the court are referring their findings to a state advisory committee, which could remove a judge from the bench.

Mayor Healy said the judges should know better. "The right thing to do when you get a ticket is to pay your parking ticket, whether you're a judge or a police officer or any other city official," he said.

He said that he had heard talk that others were involved, adding: "Some people short-circuited procedure and others just outright — from what I'm hearing — went beyond that."

While Jersey City is not quite the parking combat zone that neighboring Hoboken is, the situation has become worse in recent years, many say. Violating alternate-side parking regulations draws a $42 fine, tickets for double-parking cost $54 and parking at an expired meter will set a driver back $29.

At the parking authority on Tuesday, a 27-year employee, who identified himself only as George, offered this advice: "I get a ticket myself, I pay it. I pay it the next day."

Case 2:03-cr-00880-KSH   Document 116   Filed 02/17/11   Page 4 of 4 PageID: 546