# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

March 4, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

After reviewing the docket, it appears that document number 24, the minutes from April 26, 2004 was not attached to the electronic filing system, therefore I cannot provide a copy. The entry itself provides all of the information that would be on that document.

For your convenience, I am providing all other documents pertaining to the Notice of Motion filed March 16, 2004.

Please advise me if I can be of further assistance.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Hon. Katharine S. Hayden

Enclosures