1/2

dt - 22nd Feb. 011.

FROM: H LAKHANI. esq,
Reg: 25753050
     M.C.F.P
     4000 - SPRINGFIELD,
     M.O 65801


TO: MICHAEL F. RIVERA, ESQ,
    IN-COURT SUPERVISOR,
    U.S.D.C.
    DISTRICT OF NEW JERSEY
    NEWARK, N.J 07101-0419


              RE U.S.A. v. LAKHANI  CRIM. NO 03-880 ('KSH.)
DEAR MR RIVERA,

          FURTHER TO MY letter dated 28th JAN. 011,
I HAVE NOT yet received from your court the requested
documents, NOR any reason thereof, despite all your
earlier promises as the officer of the court.
          OVER Two Hundred years this nation
has adhered to the "Rule of Law" with unparalleled
success. A SHIFT To a Nation based on EXTRA
constitutional Authority is prohibitory as well as ill advised.
In denying my request, as Appellant/defendant in essence
your COURT is asking To amend the Bill of Rights.
          As a officer of the court and the defender
of the LAW, you do understand that you are under OATH
24/7, to serve your Lawful duties i.e which includes
providing court documents to defendant, if and when requested.

Specially when a defendant is an Applicant Additionally, there is also Freedom of Information Act, which also entitles an access to such disclosures.

At hindsight, also there seemed to be a breakdown of the Normal barrier between the Regulator and the Regulated as the relationship between the office of the clerk and the court appointed CJR Lawyer [ Klingman - my former counsel ], seemed weirdly intimate as, in instant case, neither of you, so far are willing to co-operate for my very simple request

Under these circumstances, I am now writing this letter which may be treated as my PROSE MOTION For a request To "FORCE Compliance" by issuing a court order on Klingman to release Forth-with all necessary disclosures, which I have previously requested To your court as No one is above the Law and beyond the reach of checks and balances.

Finally, please do let me a have a copy of this court order which you will be serving on Klingman For my record.

I thank you For your understanding and co-operation and Trust that you will, do the needful at your earliest.

Regards

Sincerely yours

Lakhani