dt. 2014 MAR 011

From: H. LAKHANI esq,
Reg: 257530-50
    4000 - SpringField,
    M.0. 65801

To:   Michael RIVERRA,
    iN- COURT SUPERVISOR.

Re: LISA V. LAKHANI - 03-880 (KSH)

MR. RIVERA,

        I wish to acknowledge the Receipt A
your letter dated 4th MAR.011 together with oN copies thereAf:
        At the outset, THis is NOT what I HAVE
roquested FoR_ it is NOT kalevANT to my requirement. it seems,
WE ARE oN CRoss purposE. I am askiNg FoR something like 'A'
and you are either SeNding 'B' oh whateveR you Fancy
            LOL ME put it again very simply - THE
CouRT issued aN oRdeR dated 13th MAY 04, "STRICKNING"
"HAmad NAME" [a MusLim sounding NAME- syNodymous with
violeNT extremisTs] WhicH is oN RecoRd. SiNce Last Year, I HAve
been TayiNg to obtaiN FRom MR. FLoRiz [AiR] and you thal all
I, want is a copy of the motioN Filed by KhiNgmAN — hoquestiNg youR couRt
His clieNT LAKHANI has No otheR a.k.a NAME — and NeveR had
any! INcidentally, I was atteNdiNg this proceediNgs, hence
I KNoW veRy well, what TRaNspired and what was discussed
al this HeariNg; HoweveR, I do Need the copy of the MiNUTE.

Based on this motion, I am sure, Court must have heard Arguments for and against from both sides [ Herein, known as Minutes of the Docket with relevant Number - listed by you]. subsequently, weighing the Truthfulness and the "pros and cons" of such Misleading alias Name - The court then decided and issued an order, Restricting the prosecutor Not To use the Hamad Name in this case - [In Favour of the defendant. (Lakhani) as Just and Prudent decision - Unlike all Judges are and should be like an "Umpire" calling Balls and Strike. -

i Hope i Have Made myself very clear, and Now lookforward to receive the Long awaited documents / Minutes etc,

Thanking You;

Your Sincerely,
H.Lakhani.

P.S    if you wish, I can Return the documents which you very kindly sent to me, as I do't need it - Thankyou - please let me know.