# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

March 30, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letter dated March 20, 2011.  I have sent you all of the motion paperwork relevant to the argument held on April 26, 2004, including the Court's order.   If you would like a transcript of proceedings of the argument that occurred on that date, is has not yet been transcribed.  Therefore, you must send a written request to Ralph Florio, CSR along with a deposit.  Mr. Florio has estimated the proceedings for that day will be approximately 50 pages, which will require a deposit of $250.00 before the request can be processed.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Ralph Florio, CSR