1/2

dt. 7th April 11.

FROM: H. Lakhani, esq

Reg: 257530-50

M.C.F.P

4000- Springfield,

M.O. 65801.

RECEIVED-CLERK
U.S. DISTRICT COURT
2011 APR 15 P 3: 04

TO: Michael F Rivera Esq,

United States District Court,

District of New Jersey,

Newark NJ 07101-0419

RE: USA. v. Lakhani, Crim No 03-880-(KSH)

DEAR MR. RIVERA,

With regard my request for the Minutes of the Meeting for item 21 to 25, To make things simpler, for you, all I want is a copy of the motion filed by Klingman, requesting your court about stricking the name "Hamad" from his case and also about the disclosure of the identity of the C.W.

Disclosure of the identity of the C.W, -item 21

This issue must not be confused with C.W. who was involved in my case as his identity was already fully Exposed by the Journalist of the "Star Ledger" who published his article on their front page on 4th April 04 it said everything — since than it became an open-secret

In the same article, STAR Ledger also indicated that possibly the same C.W, while working in Minnapolis FBI entrapped defendant Ilyas Ali in an under cover operation that mirrored the Lakhani operation in key Respects.

However, Government having provided in it's April 2nd 04 Letter [exparte in camera] to the court, and instructed that the identify of the c.w's participation, must be withheld until the Trial.

it seems, The Court in it's order dated 11th may 04, has accordingly, issued an order, denying the disclosures of the identify of a c.w.'s participation in United states v. iLyas Ali Crim case. No2, CR.03121.(S.A cal. 2002)

I assume that the court order issued here on 11th may 04, is applicable to iLyas-Ali case, as the identity of the c.w in Lakhani case had already became a public knowledge due to the publication of the STAR Ledger article

Would you be so kind to confirm the above and do specify to which matter, this court order re: relates to: and or/apply. Please clarify. Thanking you, for your understanding

Sincerely yours
H Lakhani