1/2

dt: 11th April. 011

FROM: H Lakhani. 09
Reg: 257530-50
        M.C.F.P
        Springfield
        M.O. 65801

2011 APR 19 A 10: 26
U.S. DISTRICT COURT

TO:   MR. Michael F Rivera.
        In- Court Supervisor, U.S.DG
        Newark N.J 07101-0419

RE:   U.S.A. V. Lakhani. Criminal No. 03—880 (KSH)

Dear MR Rivera,

        I thank you for your letter dated MARCH 30th 011. I have already advised you that all the motion paper-work which you sent to me and irrelevent to me

        In your letter under reference, you are now asking me to send you the sum of $1250.00 as Security deposit, in case, I would like a TRANSCRIPT of proceedings of the arguments that occured on that date. Sir, I repeat, I am only interested in receiving a copy of the motion filed by Klingman requesting for "Stricking the 'Hamod' name and the arguments that Followed for and against this motion,

                it seems, there is a lack of co-ordination between the office of the Court-Recorder and your office. Need-less to say that my first request to MR FLORIO was placed in October 09 and it is now April 011, and I am still struggling to get from your Court. In his letter, MR. FLORIO, indicated $1.090 per page [copy of his letter attached oct 25.09], whereas your quotation is almost $5 dollar a page. I do't think

2/2

that the Rate of inflation could have increased to this Level within 18 months, To the contrary, Fed has Kept the interest rate Low to check the inflation

In the meantime, may I respectfully remind you that my Legal status has remained unchanged and I am still an indigenal defendant. Since our legal system is complex and Lot more powerful than any individual. That is why the constitution guarantees people accused of serious crime the Right To consul. THE provisions in the Sixth Amendment that in all criminal prosecutions the accused shall enjoy the Right To have the assistance of consul for his defense. [Gideon V. Louie L. Wainwright] Providing indignent defendents "Effective" appointed consul is more than a Constitutional obligation. I am therefore entitled to access of such records of my own case, if and when needed. Although, in my case Lawyer Turned out to be negligent as there was a "Bad Faith" dishonesty and devided Loyalty. However, the system must do all it can To protect the individual Rights

In the meantime I will now await to receive From you the copy of Transcript of proceeding of the Arguments that occured on that date viz. Stricking Hamed Name and Non-disclosure of c.w's identity.

Thanking you For your understanding, and Hoping To receive at your earliest, the requested document

Sincerely Yours

Encl. One        HLaikhan

1

TO: H. LAKHANI                              OCTOBER 25, 2009

REG# 25753056

MEDICAL CENTER FOR FEDERAL PRISONERS

P.O. BOX 4000

SPRINGFIELD, MO 65801-4000


FROM: RALPH F. FLORIO, OCR

P.O. BOX 20274

NEWARK, NEW JERSEY 07101


RE: REQUEST FOR TRANSCRIPTS 03-880


MR. LAKHANI,


AS PER YOUR LETTER I WISH TO INFORM YOU THAT YOUR ATTORNEY RECEIVED ALL TRANSCRIPTS IN YOUR MATTER. TO RECEIVE ANY ADDITIONAL TRANSCRIPTS IT WOULD HAVE TO BE AT A COPY RATE OF $.90 PER PAGE AS PER OUR PER PAGE RATE HERE IN OUR DISTRICT. PLEASE CONTACT MR. KLINGEMAN TO ADDRESS THIS MATTER FOR YOU. IF I CAN BE OF ANY FURTHER HELP PLEASE DO NOT HESITATE TO CONTACT ME.


THANK YOU

RALPH F. FLORIO

OFFICIAL COURT REPORTER


U.S. DISTRICT COURT, NEWARK, NEW JERSEY 07101