dt. 18th April. 11.

FROM: H. Lakhani. esq
Reg: 257530-50
M.C.F.P.
4000- Springfield
M.O. 65801

TO: MR. Michael E. Rivera,
In-Court Supervisor,
U.S.D.C
Newark, NJ. 07101-0419

RECEIVED-CLERK
U.S. DISTRICT COURT
2011 APR 29 P 2:59

RE: U.S.A v. Lakhani Criminal no 03-880 (KSH)

Dear Mr. Rivera,

With reference to your letter dated 8th June, 2010, in which you very kindly enclosed a copy of the official Docket-Sheet, prepared by Messrs Krovatin, Klingman LLC at Newark, NJ.

In your letter, you advised me to refer to the List and order those specific Transcripts from the Court-reporter, if and when needed. Sir, Herewith, I wish to order the item no Marked 100 [one hundred] described as "Notice of Appeal by Hemant Lakhani - The Docket Sheet for which is available through ECF to be the Certified-List in lieu of the record and/or the certified copy of the Docket entries, including Cover Letter [ Klingman Henry - entered 09/19/2005.

I thank you for the same and trust that you will send me a.s.a.p. Sincerely yours, H Lakhani.