dt - 1st May 011

FROM: H LAKHANI esq,
Reg: 257530-50
        HCFP
        4000- Springfield,
        M.O 65801


To: Michael F Rivera, esq,
    1u Court Supervisor, U.SDC
    Newark, N.J. 07101-0419


RE: USA v LAKHANI No 03-880[KSH]

DEAR MR. Rivera,

I am in receipt of your letter dated 19th April, contents of which I have noted with the HEAVY doze of FRUSTRATION.

Firstly, I HAVE a letter in my possession from MR, Ralph Florio, court record clerk, that proceedings held on April 26th 04, has been previously TRANSCRIBED and based on this information, I was asked to pay at the rate of 10 cent per copy, however, I should write To Klingman, who has full record of this TRANSCRIPT.

Now the situation is changed as I have received from you in the format of a price-list, unlike the Commercial Airlines advance-booking regulation known as APEX FARES - a kind of different rate for extended delivery rates applicable, set by your court. If you have any by-Laws for these kind of price structure, May I have a copy of the same, if any.

2/2

This matter is going on since June 09 and I am getting nowhere. This situation should not have occurred, if I was representated by the counsel. However, in my case, your court is keeping the situation fluid, because on one hand Klingman has officially withdrawn as my counsel, whereas on the "Docket sheets" which you recently sent to me, his name is listed as my attorney [P. No1] it seems, that whenever it suits your court, Klingman is "ON" and when not, He is "OFF". This raises a doubt, if he acting unauthorizedly or a self appointed care-taker consul. I would appreciate, if you could clarify this matter.

Since I have lost so much time chasing this matter, without any fault of mine, I now request your court to treat this letter with retrospective effect, back dated as order placed in 010, and consider my order calculated on daily order basis but at the special rate of 365 giving me the benefit of all the confusion and inconveniences caused by the office of the Record clerk, who should made clear about the price structure earlier in June 09.

FRP scheme

Hitherto, I have maintained an excellent track record and on/ credit score in discharging my FOR the fine imposed on five counts i.e. 500 dollars [100 dollar for each count] I therefore humbly request your court to put me on FRP scheme whereby I may be allowed to pay the sum of 10 dollar for every three months as before toward the cost of transcript, which I need as soon as possible. Thanking you,

PS Ideally I would prefer that court should help me toward the cost, and not

Sincerely your

H.S.Lakhan