dt. 8th May 011

FROM: H. Lakhani, esq,
Reg. 257530-50
M.C.F.P
4000 - springfield,
M.O 65801

TO: Michael F. Rivera Esq,
In Court Supervisor, U.S.D.C.
Newark. NJ 07101-0419

RE: Item No 100 — Record And Docket Sheet.
and Docket - entries.

Dear Mr. Rivera;

Please refer to my earlier letter, in which I have requested you to please Let me have a copy "A Notice of Appeal by Hemant Lakhani".

I understand that the above is available duly certified to-gether with Record and Docket sheet with relevant copy of the docket entries, from the The clerk's office of the court. Please do remember to include in it, cover letter from my former consul.

I suppose this is quite straight forward and does't need any extra Transcript and OR/to be Newly Transcribe

Thanking you For your understanding

and I hope, I don't have to wait till 1½ years and than get New Price-List. For my order.

Sincerely yours

Lakhani -