# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

May 19, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

Per your letter request dated May 8, 2011, I am providing you with a copy of the notice of appeal, along with the cover letter filed on your behalf on September 19, 2005.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Hon. Katharine S. Hayden, USDJ
    Ralph Florio, Official Court Reporter

**DOCUMENT ELECTRONICALY FILED**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW JERSEY

FULL CAPTION IN DISTRICT COURT:

United States of America

v.

Hemant Lakhani

DISTRICT COURT
DOCKET NUMBER Crim. No. 03-880

DISTRICT COURT
JUDGE                  Hon. Katharine S. Hayden

NOTICE OF APPEAL

TO

U.S. COURT OF APPEALS
THIRD CIRCUIT

Notice is hereby given that _____Hemant Lakhani_____
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment,

[ ] Order, [ ] Other (Specify) _____ of the United States

District Court, District of New Jersey, filed in this action on September 12, 2005.
(Date)

DATED: September 19, 2005

Henry E. Klingeman_____
For Appellant

230 Main Street, 2nd Floor____
Street

Madison, New Jersey 07940
City, State, Zip

(973) 236-0010_____
Telephone

# KLINGEMAN TURANO LLC
————————————————ATTORNEYS AT LAW————————————————

HENRY E. KLINGEMAN**⁺**
STEPHEN TURANO*
Of Counsel
NANCY M. KLINGEMAN

*Admitted, NJ, PA & HI
⁺ Certified by the Supreme Court of
  New Jersey as a Criminal Trial Attorney
*Admitted, NJ & NY

230 MAIN STREET
SECOND FLOOR
MADISON, NEW JERSEY 07940
TEL: (973) 236-0010
FAX: (973) 236-0012
www.ktlawyers.com

Writer's Direct Line:
(973) 236-0114

Writer's E-Mail Address:
hek@ktlawyers.com

## DOCUMENT ELECTRONICALLY FILED

September 19, 2005

**Via Regular and Certified Mail RRR**

William T. Walsh, Clerk
U.S. District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re:  United States v. Hemant Lakhani
           Crim. No. 03-880 (KSH)

Dear Mr. Walsh:

Judgment in the above-captioned criminal case was filed on September 12, 2005. Enclosed for filing is defendant Hemant Lakhani's Notice of Appeal. We have also submitted the Notice of Appeal via the electronic filing system.

On behalf of Mr. Lakhani, I respectfully request that you waive the filing fee for the Notice of Appeal on the grounds that Mr. Lakhani is indigent and has just been sentenced to 47 years in prison. (I have been CJA-appointed counsel for Mr. Lakhani since January 9, 2004.)

Please do not hesitate to contact me at 973-236-0114 with

.

any questions.   Thank you for your attention.

                              Respectfully submitted,

                              /s/ Henry E. Klingeman (HK 6007)

                              Klingeman Turano LLC
                              230 Main Street, 2nd Floor
                              Madison, NJ 07940
                              TEL 973-236-0114
                              FAX 973-236-0012
                              EMAIL hek@ktlawyers.com


cc:   Mr. Hemant Lakhani
      AUSA Stuart J. Rabner
      AUSA Brian R. Howe
      AUSA George S. Leone