dt:- 2nd June 011

From. H Laikhani. esq

Reg    257530-50

M. C F P

4000. Springfield

M.o 65801

Certified mail.

To:   Michael F Rivera, esq,
      In Court Supervisor,
      United States District Court
      District of New Jersey

RE: USA v. Laikhani no. 03-880. (KSH)

Dear Mr Rivera,

per your letter dated 19th May, 011, I
have now received from you the copy of Notice of Appeal.
May I, now request you, if you would
provide me clarification on the following;

1) The Notice of Appeal was filed by
Klingman Turano of 230-Men street, Madison-. whereas, the
appeal was handled by Klingman Law LLC.

2) Would you be so kind to let me have
a copy of the cover letter, addressed by your Court either
Nominating andor/ recommending Klingman Law LLC as my
CJA appointed counsel for my direct Appeal, to the United
States Court of Appeal, Third Circuit, Philadelphia.

3) CM. ECF Live
This Transcation is shown as Entered
on 19th May 2011, and also filed on the even date (same day)

2/2

As well, although the case was closed on 12th Sept 2005.

4] The copy of the said Notice was also electronically mailed to KROVATIN.COM, I have no advise from your court or from Krovatin of Newark of it's involvement in my case. please specify what Roll, if any, the Firm Rendered.

3) STUART JEFF RABNER.

No doubt, he acted as Legal prosecutor in my case, but as I know, He is No Longer working at U.S Attorneys office Newark N.J. Since He was appointed by the Former Governor, Corzine as the Chief Justice of the state Supreme court, Yet the Notice was mailed to him.

Finally, with regard to my ongoing and Long awaited request for a copy of proceeding held on 26th April 2011, for which we have already discussed workable Terms Re: RATES for which I am still awaiting your confirmation. Idially, I would like you to WAIVE the proposed charges on the ground that I am an indigent defendant. Even my Learned Former Counsel, hold the same view, in his letter dated Sept. 19th 05, which you may kindly sent me a copy. I can Further confirm that, I have has been No change in my Financial Health, except my physical Health has further deteriorated, making my Future duration quite Unknown and Unpredictable.

Thanking you,

Sincerely yours,

H Lakhani