Oli- 22nd July OII

FROM: H LAKHANI esq

Reg: 257530-50

H.C.F.P

4000- Springfield

M.o. 65801

To: Michael J. Rivera Esq,

In- Court Supervisor,

U.S.D.C. NEWARK, N.J.

07101- 0419.

RE: USA Vs. Lakhani. -03- 880 (KSH)

Dear Mr. Rivera,

This is To let you know that Soon after I received your letter dated April 19th 2011, I submitted my Formal request To my Unit Manager, MS Cupp to arrange F.R.P process For the estimated cost of us. dollar 250 toward the cost of Transcript estimated in your above captioned letter.

I am advised by H.P.L that F.R.P arrangement. For Repayment must be initiated by the court [ copy enclosed For your Reference]

Under the circumstances, I now request you to do the Needful, and be so kind to prepare F.R.P process and send it to my Unit Manager. I am sure, you will appreciate that, as it is, this matter is prolonged, hitherto, inordinately and therefore, I would like to conclude it A.S.A.P.

Thanking you For your Co-operation

Sincerely, H lakhani.

encl one

BP-S148.055 **INMATE REQUEST TO STAFF** *CDFRM*
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 16th July 011 |
|---|---|
| M& B w/ Lupp-Unit | |
| FROM: Lakhani | REGISTER NO.: 23753 30r 50 |
| WORK ASSIGNMENT: F R P | UNIT: 1/4 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Dear Maye,

Re FRP

I intend to place an order for Transcript
with U S DC Court Reunion NJ — The name
of the person is Mr. Michael J overhaul court
Super visor.

I am told the cost could be around
$50 dollars. I would like you kindly to arrange/get
for me — a FRP — with the court,— Would you be
kind to write to the county Clerk in the past I have d---
changed my obligation I am having to sign our undertaking
had is required to access the order please give me
(Do not write below this line)      Thank you—

---

DISPOSITION:

FRP is not initiated unless
requested by the court.

---

| Signature Staff Member | Date |
|---|---|
| Bon Cupp | 07-20-2011 |

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)      and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER