# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

August 11, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letters dated July 2, 2011 and July 22, 2011.

As I have stated in my April 19, 2011 letter, the arrangements for the purchase of the transcript must go through Ralph Florio.

I am forwarding your letters to Mr. Florio, along with a copy of this letter.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Hon. Katharine S. Hayden, SUSDJ
    Ralph Florio, CSR