1/2

dt:- 20th Aug. 011

FROM: H LAKHANI. esq

Reg: 257530-50

M.C.F.P

1000- springfield,

M.O. 65801.                                    Certified- mail

To: MICHAEL F RIVERA, ESQ

In. Court Supervisor,

U.S. D.C

NEWARK- N.J

RE: U.S.A. V. Lakhani Crim-No 03-880 (KSH)

DEAR MR RIVERA,

I am in receipt of your letter dated 11th August, 011 content of which I have Noted.

PLEASE, be so kind to pass the enclosed letter addressed to MR Ralph Florio. [Law- record- boss]

In the meantime, I sincerely hope that this is NOT Yet another "Game plan" for Kicking the Can down the Road. You will recall that we have gone through this unpleasant and futile exercise for nearly 18 months, I would won't like To be put myself back To square one Situation.

Re: Appointment of Counsel— U.S Appellate Court:

You advised me in your letter 15th Nov. 2010 THAT, it was the U.S. Appelate Court, 3rd Circuit, Philadelphia, who Re-appointed KLingman as my consul for my direct Appeal. However, I have now received a letter from the office of the clerk, 3rd Circuit together with a copy of the Motion filed by KLingman [ see attached ].

2/2

[i]n it, the clerk flatly denied having appointed Klingman as my consul. she clarified this matter point BLANK by drawing my attention that the MOTION did NOT say that "He was appointed by your court" [ meaning 3rd Circuit] and further illustrated that the appointment of CJA Lawyer are necessarily made by the Federal Court Judges only. Can I please have your reply on this matter ?

RE: MOST FAVOURED CJA Lawyer; U.S.D.C, NJ

I am also interested to hear from you, if you are able to pin down Klingman, and agree to go on the stand to offer his "posthumus" comment on his most dramatic and dynamic speech he delivered on 17th Feb 05 on Government Exhibit J-255 [ Contract 30/161.] After all, He is the most favoured CJA LAWYER in your court — May be He will listen to you — he is your good pal !!

I thank you for your help— and TRUST that you had a very good restful summer vacation. Regards.

Sincerely your
Aftabkhan.

Encl: 2,

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 05-4276

UNITED STATES OF AMERICA

Appellee

v.

HEMANT LAKHANI,

Defendant-Appellant

District Court Docket No.
Crim. No. 03-880 (KSH)

Certification of Henry E. Klingemen, Esq. in Support of Motion for Filing an Overlength Brief

HENRY E. KLINGEMAN makes the following statement:

1. I am an attorney-at-law in the State of New Jersey and a member of the Bar of the United States District Court for the District of New Jersey. This firm has been appointed CJA counsel for Defendant-Appellant Hemant Lakhani in the appeal of this case. I submit this Certification in support of appellant's motion for an Order permitting the filing of an overlength brief.

2. The instant case involves a complex illegal arms dealing case which took over four months to try.

3. The record on appeal of Defendant-Appellant's case is close to 3,000 pages, and includes 14 trial transcripts and a sentencing transcript. The completed Appendix is 2,962 pages long.

4. The Brief raises four separate legal issues, including issues relating to the trial and sentencing, is over 40 pages long, and is submitted herewith.

{00245637; 1}

5.  Also among the issues raised in Defendant-Appellant's appeal is a sufficiency of the evidence argument, which requires a detailed analysis of all the evidence presented during the course of the trial.

6.  Therefore, Defendant-Appellant submits that the attached brief totaling 43 pages is necessary to adequately raise and address the facts and issues relevant to Defendant-Appellant's appeal.

7.  For the foregoing reasons, Defendant-Appellant respectfully requests that this Court enter an Order permitting Counsel to file the attached overlength brief.

I, the undersigned HENRY E. KLINGEMAN, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

HENRY E. KLINGEMAN

Dated: December 23, 2005
       Florham Park, NJ

MR RiveRA:
if you read PARA I — it clearly stated that THis Firm has been appointed CJA counsel For defendant Lachaor in the appeal of THis case — it doesn't state by [your] court

1/2.

dt:- 20th Aug. 011

FROM: H. LAKHANI.
Reg:    257530-50
        M. C. F. P
        4000- springField,
        M.O. 65801


TO:  RALPH FLORIO, Esq,
     OFFicial COURT RecordeR,
     U.S.D.C.
     NEWARK. NJ


              Re:  U.S V. LAKHANI  CR.M. No 03-880 (KSH)
                   ORdER. FoR Transcript

DEAR MR FLORIO,
                    I am advised by your in-Court SupervisoR,
MR RIVERA that all arrangment FoR the purchase of the
Transcript must go through your good office.
                    Well, SIR, You know I Have a long
standing and unfulfilled a purchase ordeR with your office
FoR the Transcript of the proceeding held on ApriL 26th. 2011.
[ see letter dt: 19th April 2011 — From michael F RiverA in Court Supervisor]
                    I am Not Sure at what hate How you will be
accepting and executing my ordeR as this particular Transcript
has never been previously Transcribed. However, taking into
consideration that I am an indignant defendant and
with my PAR-excellence TRack Record of paying my Debts to
your Court, I should be given the Lowest quotation, in light
of my present situation, and the Fastest delivery schedule.