2/2

i am ready, willing and able to sign my contract for Repayment as per the arrangement, which your court may agree with my institution here at Springfield, MO. You may contact directly my Unit manager MS. BETH CUPP SHe can be reached at [(417) 862-7041]

Thanking you — Sir, as always —.

Sincerely
H Lakhani

P S   if you are in any doubt — please Talk to mr Riveria — He will help you.