# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

September 1, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letter dated August 11, 2011. In that correspondence you state that you spoke to someone from the Third Circuit Court of Appeals who advised you that their Court did not appoint Mr. Klingeman to handle your appeal. I would suggest you order a copy of your docket from the Third Circuit Court of Appeals, which clearly states that they entered an order appointing Mr. Klingeman on September 27, 2005.

As for your request that this Office to "pin down" Mr. Klingeman for testimony; there is no matter pending in your case in this Court that requires a hearing at this time.

Lastly, per your request I am forwarding the portion of your letter addressed to Ralph Florio to him for consideration.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Hon. Katharine S. Hayden, USDJ
Ralph Florio, Official Court Reporter