UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :     Hon. Katharine S. Hayden

       v.             :     Crim. No. 03-880 (KSH)

HEMANT LAKHANI          :     <u>ORDER</u>

This matter having come before the Court upon defendant Hemant Lakhani's pro se motion for disclosure [Docket Entry 111]; and the United States of America by Paul J. Fishman (Shirley U. Emehelu, Assistant U.S. Attorney, appearing) having opposed defendant's pro se motion [Docket Entry 137]; and the Court having considered the papers filed by the parties; and for good cause shown,

**IT IS** on this _____ day of December, 2011,

**ORDERED** that defendant's pro se motion for disclosure be and hereby is **DENIED AS MOOT; AND IT IS FURTHER**

**ORDERED** that any future filings made by defendant must be made through defendant's counsel of record.

_____
HON. KATHARINE S. HAYDEN
United States District Judge