1/3

dt: 26th MARCH 012

FROM: H. LAKHANI ESQ
Reg: 257530-50
M.C.F.P
4300- springfield
M.O 65201

TO: MR Michael. F. RiveRA.
     in- court supervisor,
     THe DISTRICT of New JERSEY
     United states DISTRICT court
     NewARK. NJ 07102

Re: Goveramal Letter 28th Dec. 2004
    Document No 141- ORder No 111.

DEAR MR. RiverA,

                I am in receipt of your letter dated
28th Feb 012, and have regreffally noted the contents
thereof.

                I was surprised to see that your
court is still forwarding copies of all my communication
to my FORMeR Attorney (Klingman) who has ceased to
represent me as of June 2007 [ see attached letter]
ALThough, as I wrote to you earlier that the signature
affixed thereon is questionable. To me it seems like an
FORgery, you may check with your record. Their practice
of sending my communication is highly objectionable
and irregular and must be stopped forthwith.

2/3

I Hereby file my PRO-SE motion requesting your court to STOP sending any future communication with your court to any unauthorized person and this includes the former Asst U.S. Attorney MR RABNAR. This matter should be given TOP priority and must be observed strictly in future, as it is a privileged information between the court and Lakhani and not meant for public circulation. The court is violating my constitutional Right.

<u>GOVERNMENT LETTER 28th DEC 2004</u>

Although your court has denied my request for a copy of this letter. This letter in question, was not addressed to the court as claimed in your order, but it was addressed to Klingman as "<u>NON-COURT filing document</u>", but labelled as "Giglio" disclosures. I do not need this letter as I already have a copy of this letter, and has gracefully sent a copy to your court as well.

It is not this letter that is important it is the contents thereof. They don't appear to be consistent with facts, as the contents placed before the Judge in this letter. It is proper that this is castle about whether the defense had full access to all the materials in this letter and did not have chance to challenge them.

<u>RE: TRANSCRIPT in STRICKNING HAMAD</u>

Fortunately I do not need this TRANSCRIPT of the, Minutes of the meeting that took place on <u>26th April 04</u> with full summary of proceedings as I already had in my record, [ courtesy of Klingman ]

3/3

including arguments put forward by the defense that lead to final decision for the removal of 'Hamad – a muslim sounding name followed by the court order dated 11th May 04 it is a pity that in your country these court order's mean nothing as despite this court having banned Hamad name from the face of this case – they both (defense and government) were able sprinkle the Hamed name, at their will to inflame the Jury.

I will be happy to send the copy of this Transcript at free of cost for your read, but please don't tell me that no Transcript was done, as stated on your document 141 dt: 28th Feb.012,

<u>Allegations of Perjury</u>

I have provided a full set of documents evidencing – that Klingman and Howe Jointly conspired together, made a false statement [ re: Govt. Exhibit I-155– Contract 30/16/1] and misled the Jury by creating false impression. You already have the Transcript do pno. 01513 (vol. 6) the infamous speech by klingman and all the supporting documents. I will be filing a separate criminal complaint with D.A mr Paul Fishman, N.J. for further investigation. How long – the court will shield – klingman a criminal?

Thanking you for your attention

Sincerely your

Caichan

encl. one

copy to: √ Mr Paul Fishman,
         √ public interest Section US Dept of Justice, D.C.

GREENBERG DAUBER EPSTEIN & TUCKER
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
SUITE 600
ONE GATEWAY CENTER
NEWARK, N.J. 07102-5311

(973) 643-3700
FACSIMILE (973) 643-1218

hklingeman@greenbergdauber.com

HENRY E. KLINGEMAN

June 5, 2007

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**
Mr. Hemant Lakhani
Reg. No. 25753-050
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

Re:    United States v. Hemant Lakhani
       Dkt. No. 05-4276 (3rd Circuit Court of Appeals)

Dear Mr. Lakhani:

I have received your May 24, 2007 letter addressed to "Mr. Greenberg." Please be advised that the Court of Appeals has relieved me as your counsel. Also, the firm that I joined on February 1, 2007 is not representing you. You should address any future correspondence directly to either the District Court or the Circuit Court or to counsel appointed for you or retained by you.

Thank you for your attention.

Very truly yours,

HENRY E. KLINGEMAN