1/2

dt: 16th April. 012.

FROM: H. Lakhani. esq.
Reg: 257530-50
         M.C.F.P
         4000- Springfield
         M.O. 65801


TO:   Michael F. Rivera, esq,
        In- Court Supervisor,
        U.S.DC. N.J.


                    Re:    U.S.A V. Lakhani, Crim 03_880(KSH)
                            Court order denying (III) disclosure 28/2/012

DEAR MR. RIVERA,

                    Respectfully, I would like to put the
Record straight in the matter captioned above, specially
with regard to my request for the Transcript of the
Court_ Proceeding [DE 138, 139]

                    At the outset I did not offer voluntar-
ily offer to pay for the purchase of these Transcripts.
I was rather forced by your Court to pay towards the
cost. Needless to say that on the Court-Record, I am an
indignant defendant.

                    I agree to disagree with your Court
that there was no Transcript made for the Court_
proceedings that took place at Docket_Entry 25, because
in your letter dated March 30th 2011, you have clearly
indicated the Number of Pages [i.e. 50 as per MR.
FLORIO's estimation] which will require a deposit of
250. dollars

2/2

In my estimation, unless and until the transcript is made, it is impossible to guess the Total Number of pages it might contain. Based on this estimation I was asked to pay in advance the sum of $250 towards it's cost. YOUR COMMENT(

Once again, I hereby request your court, I am still interested to receive the minutes of the proceedings that took place at Docket Entry 25, and I am prepared to the deposit as requested by your on your letter of March 30th 2011. Please let me know by return .......... Thanking you for your attention,

Submitted respectfully
Sincerely yours
H.Larkham

P.S   Please to confirm that the name of my former C.J.A. Counsel has been de-listed from my case, once and for all.

Encl ONE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

March 30, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letter dated March 20, 2011. I have sent you all of the motion paperwork relevant to the argument held on April 26, 2004, including the Court's order. If you would like a transcript of proceedings of the argument that occurred on that date, is has not yet been transcribed. Therefore, you must send a written request to Ralph Florio, CSR along with a deposit. Mr. Florio has estimated the proceedings for that day will be approximately 50 pages, which will require a deposit of $250.00 before the request can be processed.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Ralph Florio, CSR