03-880

dt:- 16th April. o12,

FROM: H Lakhani. esq,

Reg:   257530-50

H.C.FP

4500- Springfield

H.O. 65801

RECEIVED

APR 2 4 2012

CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

TO:  THE HON LIS. MAGISTROK Judge,
      SUSAN D WIGENTON,
      County of Essex.
      STATE of New JERSEY

Re:  L.I.S.A. v. Lakhani — 11th August. 2003

The Hon. Judge,

        I was a accused/defendant, changed
in pursuant for violation of Title 18, and was brought
before YOUR HONOR, Judge Wigenton on 11th Aug. 2003
[copy enclosed]

        Please accept this letter in lieu of my
request to let me have a copy of the "Court Order"
Authorizing and ok/ Approving the secret of Wire Tapping of
the Telephone Conversation, initiated by the Government in conn-
ection with the above matter. I have been informed by the
office of the Law-enforcement that the same was filed with
your Court on 12th Aug. 03, for varification and Record.

        Pursuant to my Constitutional Right I Hereby
request your Court to let me have a copy of the same. If for
any reason, your Court is unable to provide the same, please
be so kind, where and how, I may obtain it.

                submitted respectfully,

each.                        H Lakhani.

Attachment C

ORIGINAL FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AUG 11 2003

SUSAN D. WIGENTON
U.S. MAG. JUDGE

STATE OF NEW JERSEY           :

                              :

COUNTY OF ESSEX               :      .ss  A F F I D A V I T


JAMES J. TARECO, being of age and duly sworn according to law, states:

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI"). I have held that position since 1996. Over the course of my career, I have participated in and conducted numerous criminal investigations involving violations of the laws of the United States. I have participated in the execution of approximately 20 search warrants.

2. I have been involved, along with other law enforcement agents, in the investigation of Hemant Lakhani, a/k/a "Hemad Lakhani" (hereinafter "Lakhani"), Yehuda Abraham (hereinafter "Abraham"), and First Name Unknown ("FNU") Zuber (hereinafter "Zuber") for the commission of or attempt or conspiracy to commit, among other things, violations of Title 18, United States Code, Sections 32 (Destruction of aircraft or aircraft facilities), 37 (Violence at international airports), 844(i)(Arson), 1956 (Money laundering), 1957 (Money laundering), 1960 (Operating an unlicensed money transmitting business), 1993