dt. 17th May. 012

FROM: H Lakhani. Esq,
Reg: 257530-50
M.C.F.P.
4000- Springfield
M.O. 65801

RECEIVED

JUN - 5 2012

AT 8:30_____M
WILLIAM T. WALSH, CLERK

6

TO: William T. WALSH, CLERK,
OFFICE of the CLERK
U.S.D.C,
DISTRICT of New JERSEY

RE: U.S.A V. Lakhani. CRim. 03-880- (KSH/

DEAR MR, Walsh,

In his letter dated 11th Aug, 2011,
MR RiveRiA your in-court supervisor advised me that
all arraigement for the purchase of the TRANSCRIPT
must go through MR Ralph FloRe.

Subsequently your Court sent me a
letter, giving the estimated cost for the purchase of
a TRANSCRIPT for docket entry No 25, stRiking Lakhani's
alias Name "Hamad" from the case

When, I agreed to pay the sum of
$250 as deposit MR RiveRiA adused mE that NO TRANS-
cript was made for docket- Entry 25. of 4th April.04

Finally, your Court issued an
ORDER dated 28th Feb 012, in response to my PROSE motion
No 111 - your Court has just flatly denied my

request. Notowithstanding my agreeing to pay your Court the sum of $250 in advance toward the cost of preparing the Transcript which I believe is about 50 pages according to the Riveria.

In representing Justice, as a MAJOR symbol of American Courts, essential Roll in our democracy and in the Court's particular responsibility for making hard choices fairly and openly. THE record in my case too often ran counter to this conception. your ruling tend to deny rather than promote access to Justice. If the withheld Transcripts are sound than why FEAR letting them see the Light of the day.

Lastly the Court order dated 28th Feb 012, apperantly has NOT been signed by the Presiding Judge. THIS may have occured due to the oversight, and if that is so, please be so kind to confirm it's validity. IN SHORT, the refusal by your Court, not to deliver the requested Court Transcript No 25, is ( consider, unconstitutional.

Gov't. Motion dated 4th April. 04 (P.No 23, 24, 25)

According to BRADY requirement, Government is obligated to disclose the identity, if defense demonstrate that the disclosure is essential. [As in instant case] for Full details, Kindly see the attached special Note on "THE CO-OPERATIVE WITNESS — Mohammad Habib Rehman (C.W)"

THANKING you For your understanding and in the Meantime, I am awaiting your comments.

each Two page plus respectfully submitted. H/ordon

THE Co-operativa witness

Mohammed Habib Rehman

THE Government refused to provide to defense in it's April 2 'Ex-parte' camera letter to the court [ and subsequently obtained an un-signed Court order on 28th Feb. 2012 ] as it pertained to ongoing investigation and case involving c.w.

Government should have provided than and How to the defense a specific ongoing investigation — a summary of the c.w's participation in United States v. Ilyas Ali [ Ali indictment copy attached herewith ]

Government gave Reason That,— again Now and before —

disclosure will jeopardize the safety of the c.w. and his family and compromise ongoing investigation and further stated that it attributed part of their compensation to helping more frequently and protect himself ( c.w ) from unspecified threats to his safety

However in it's pre-trial motion filed on 4th April. 04 [ Ref. Doc. 23 filed on 4th April 04 page No. 23, 24 and 25 of total 49 pages ] Govt. WROTE...

if, and when the defense demonstrate that disclosure is essential [ as in instant case] the informant's identity will be disclosed, once the informant has testified. [ see page no 25 of 45]

Besides in light of the following facts, it sound a kind of a monumental non sense and a joke for the government to withheld at this stage, disclosure of the identity of C.W. specially when it raises the question - i.e. PROSECUTER (RABNAR) deliberately fabricated witness statement and F.B.I reports, withheld material, exculpatory evidence from the defense and intentionally lied and misled the jury.

[ Ironically during his entire period of Residence in the United States, However C.W. has lived openly under his own name to the extent that numerous aggrieved parties have been able to find him and serve him and or his family with legal process [ details of which - including writ, Judgement debt notice etc. and copies of various summons served] totelling in excess of 1m dollar [ but excluding the victims of Nine page letter by Charles Lee to Magazine] minnreapolis

Additionally an enterprizing STAR-Ledger reporter was able to locate easily, and visited his home and family in minnreapolis in the spring of 04. In Fact C.W. declined to be interviewed for his article. Klingman know about it.

The notorious way C.W. has chosen to Live in the U.S and the ease with which a Newspaper Reporter and private investigator have been able to trace him Belis the govt. claim that Rahman(caw) has been and was in Jeopardy.