1/2

d/: 28th July 012

FROM: H Lakhani esq,
Reg: 257530-50
H.C. FP
4000- Springfield,
H.O. 65801

RECEIVED
AUG 0 2 2012
AT 8:30     M
WILLIAM T. WALSH, CLERK

TO: Office of the Clerk,
William T. Walsh, Esq
United States District Court,
District of New Jersey
Newark, N.J 07101-0419

RE: USA v. Lakhani No 03-880-(KSH)
PROSE motions III - Court order d: 28th Feb.12

DEAR MR Welsh,

Further to my letter dated 17th May 012, in connection with the matter captioned above, I, am still awaiting the reply from Court.

In my above letter, I requested the Court to confirm and or/ deny the validity of this court order as the same was't signed by the presiding Judge.

By CONTRAST, your letter dated Sept 1, 2001 [ which I do't consider as court-order] expressing Court's unwillingness to " Pin Down" CJA Klingman, for his alleged criminal misconduct for

his PERJURY, signed by Michael F. Rivera, the in-court-supervisor, was sent to me, affixed with the seal of U.S.DC, duly attested and counter signed by your goodself.

I would appreciate, if you would be so kind to clarify this inadvertent serious omission to ratify it's validity, with Judge's signature thereon.

I would also like to take this opportunity to express my concern about the court order dated (17th May 2004 " STRICKING " the Muslim sounding name " Hamad " which ofcourse was duly signed by the Judge.

Ironically, the Government [ RABNAR and Howe] seemed to have "ignored" the sancity of court order, and freely indulged in this highly sensitive and controversial issue despite, the court's order.

Both Klingman and the Government "Left no stone unturned" to openup this issue numberous times all through the trial with each and every witnesses [either, relevant or non-relevant.] In all, there are some 50 pages, which contains an open discussion on this issue. In short, their act was tantamount to "Contempt of the Court" Paradoxically even the court also, it seems also forgot to honor its own order. [ see attached court-transcript dt-15th Feb. 05 - p.no 73 to 78 - Re: RABNAR asking his witness (CW) to elaborate phonetic name HAMAD - which courts agreed - Highlighted]

Thanking you for your information and understanding Respectfully [ Ramrod   Sincerely