1/2

From: H Lakhani esq
Reg: 257530-50
        M.C.F.P
        4000 Springfield,
        M.O. 65801

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 AUG 13  AM 10 40

To: William H. Welsh, Esq,
       Office of the Clerk,
       United States District Court,
       The State of New Jersey

Re: U.S.A v. Lakhani. Crim. 03-880 (KSH)

Dear Mr. Welsh,

From time to time, over a period of past 12 months, I have been filing My various Prose Motions, expressing My deep concern about the alleged Misconduct committed by the court appointed C.J.A. lawyer, who conspired together with the public prosecutor in one of High profile Terrorism investigation lied and Tolerated Lies, Concealed critical evidence, with intent to Cause obstruction of Justice.

A newely discovered evidence submitted to your Court, based on the information provided by the Government in it's letter dated 28th Dec. 04, Labelled as "Brady Material are false Bogus, Misleading and inconsistent with the facts and Testimony given by C.W.

IF proved and viewed in light of the evidence, as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact-finder would have found the "MOVANT" guilty of the offense.

Under all of the law is the principle of "Equity" - meaning Rules must be interpreted on ways that advance Fundamental Fairness, the ther to, your court remained "TONE DEAF" and or/unwilling to act, for which, I believe I have suffered a serious objective Risk of actual bias endangering the plaintiff's due process Rights under Fourteenth Amendment.

Unfortunately compliance is spotty. Situation like the Hemant Lakhani's case create an unmistakable impression that Justice is For sale. The United states District Court, Newark, should add the Hemant Lakhani to its docket, to hear his petition, for "Habeas Corpus" pursuant Section 2244 For the upcoming Term and throw out the court's tainted Ruling The Right to a Fair hearing before an impartial Judge is at the Heart of the Nation's Justice Systeem and the Rule of Law.

I believe that verdict is the result of a process that was neither Transperent Nor Fair and it raises a substantial question of Law likely to Result in Reversal or New Trial.

Our Legal system is Complex and Lot more powerful than any individual. That is why the Constitution guarantee people accused of serious Crime, a Right to Counsel. If a lawyer turns to be crook and or/criminal, The system must do all it can to protect the individuals.

Thanking you For your understanding, Submitted very Respectfully,