1/3

df:- 8th Aug. 012

FROM: H LAKHANI. esq

Reg: 257530-50

M.C.F.P

4000 Springfield,

M.O 65801

To: Michael F. RiveRA. ESq

In- CouRt- supeRviSoR,

THe State of New JeRSey

U.S.D.C. NewARK. NJ.

Re: MOTION III.— UnsigneD CourT-oRdeR,
dated 28tH Feb 2012.

DEAR HR. RiveRA,

Being an in-Court supeRvisoR, you are considered a public SeRvant — specially when they are with the public Integrity SEction — USDC— NewARK-NJ,

I am still awaiting to receive a copy of the above court oRdeR, duly signed by the Hon. JuDge, as all oRdeRs issued by the Count, For it's Validity, must be signed by the PResiding JuDge.

In response to my motion (III) the Govt. in it's opposition motion, offered to defendant Lakhani an Unsolicited advise that Lakhani (Appellant) should, file his Representation, through his C.J.A. Lawer, Klingman.

2/3

I, should like to re-mind the court that Klingman filed his own "withdrawal motion" on the Borrowed Letter-head of M/s Greenburg Dauber, Epistein & Tucker, some five years ago [copy-enclosed] after abruptly winding up his two Law- offices [Klingman Turano llc and Klingman Law llc] which is on record with both A.U.S.A and U.S.D.C Newark.

Under the Circumstances, I consider that it's the court's duty to "DE-LIST" Klingman from my brief and to put the Record straight. The court is also obligated to advise by e-mail [electronically] this change to the office of the D.R as required by Law. The court has always followed this procedure in other matter [Copy- e-mail-sample- sent To Klingman and Rabner-enclosed] please send me a copy of this e-mail by First-class mail for my record, as I am not on e-mail facility.

MINUTES - DOCKET-ENTRY- 25

Recently, I HAVE been advised by M.S. Shirley Emehelu, A.U.S.A. Newark, N.J that the Minute-entry was positively made and the same is on it's record. I am advised by her that I can obtain the same from court-Record-clerk. In Light of this new information, I am confused because you insisted in your letter dated that Minute-entry For 25, would not have had any court-proceedings. I expect, that as in-court supervisor, you are not engaged in the business of "Kicking the "CAN" down the Road"

3/3

## IF The Lawyer Fails

Finally I respectfully request your court to issue instructions and/or Court-order — To the office of the DA — that Appellant Lakhani is Now Representing PRO SE — and as defendant, deserve and demand a full accounts of all and any documents, Motions, evidence and submissions, including the full flow of Legitimate information, filed on his behalf by his Former Counsel Which He may need from time to Time, so that it is consistent with the TRUTH and the WHOLE TRUTH.

The Legal System cannot Take away Lakhani's right To challenge his Conviction on the basis of inexcusable Awful Lawering.

Thanking you For your understanding, and in the meantime, I remain, as always —
Submitted respectfully,
H Lakhani.

encl. Two.

## GREENBERG DAUBER EPSTEIN & TUCKER
### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW
### SUITE 600
### ONE GATEWAY CENTER
### NEWARK, N.J. 07102-5311

(973) 643-3700

FACSIMILE (973) 643-1218

hklingeman@greenbergdauber.com

March 20, 2007

HENRY E. KLINGEMAN

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

Mr. Hemant Lakhani
Reg. No. 25753-050
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

      Re:    United States v. Hemant Lakhani
             Dkt. No. 05-4276 (3rd Circuit Court of Appeals)

Dear Mr. Lakhani:

      Enclosed is the opinion of the United States Court of Appeals. As you will see, the Court has affirmed your conviction and sentence.

      You have the right to ask the Court of Appeals to re-hear the case. You further have the right to seek review by the United States Supreme Court. Finally, you have the right to seek review by the District Court, pursuant to 28 U.S.C. § 2255. Each of these options is subject to very strict time deadlines.

      Recently and consistently, you have indicated in correspondence to me and the Court of Appeals that you want me to cease to represent you. Consistent with your wishes, I intend to file a motion in the Court of Appeals seeking to withdraw as your counsel. Consequently, I will not be asking the Court of Appeals to re-hear the case or the Supreme Court to review the case. You will need to do these things either on your own (pro se) or with counsel retained by you or court-appointed. If you want court-appointed counsel, you must petition the court.

      Thank you for your attention.

                        Very truly yours,

                        HENRY E. KLINGEMAN

CM/ECF LIVE - U.S. District Court for the District of New Jersey                    Page 1 of 1

*Copy_ Sample*

## Orders on Motions

2:03-cr-00880-KSH USA v. LAKHANI **CASE CLOSED on 09/12/2005**
CLOSED, PRIOR

### U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 2/28/2012 at 10:13 AM EST and filed on 2/28/2012
**Case Name:**     USA v. LAKHANI
**Case Number:**   2:03-cr-00880-KSH
**Filer:**
**Document Number:** 141

**Docket Text:**
**ORDER denying [111] Motion for Disclosure as to HEMANT LAKHANI (1). Signed by Judge Katharine S. Hayden on 2/28/12. (jn, )**

**2:03-cr-00880-KSH-1 Notice has been electronically mailed to:**

HENRY E. KLINGEMAN    hklingeman@krovatin.com  ———— . *He is not my Lawyer !*

SHIRLEY UCHENNA EMEHELU    shirley.emehelu@usdoj.gov, ecf.criminaldocketing@usdoj.gov

STUART JEFF RABNER    stuart.rabner@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov — *He has nothing to do with my case now.(*

**2:03-cr-00880-KSH-1 Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/28/2012] [FileNumber=5713847-0
] [3411b640d322fc60d4c2bd876a0917e91b9f66ba7b0aa5ff0532d44c7aeacff7894
b0091633f77abaefff04d7ef48828d77d8ff16bdd95aed2cbc623034d1fe2]]

*MR Rivera*

*(1) I need something on this line to advise — the office of the D.A. — Newark.*

*(2) To advise Klingman — To steer clear from meddling in my affairs —*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

September 1, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letter dated August 11, 2011. In that correspondence you state that you spoke to someone from the Third Circuit Court of Appeals who advised you that their Court did not appoint Mr. Klingeman to handle your appeal. I would suggest you order a copy of your docket from the Third Circuit Court of Appeals, which clearly states that they entered an order appointing Mr. Klingeman on September 27, 2005.

As for your request that this Office to "pin down" Mr. Klingeman for testimony; there is no matter pending in your case in this Court that requires a hearing at this time.

Lastly, per your request I am forwarding the portion of your letter addressed to Ralph Florio to him for consideration.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Hon. Katharine S. Hayden, USDJ
    Ralph Florio, Official Court Reporter

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____ 9/6/2011
    Deputy Clerk

MR RiveRA

In instent case — I think it was not Necessary to send e-mail to Klingman & RABNER —. because, both these Geatlemen has Nothing do anything with my case — your Comment please

Lakhani