dt:- 16th Aug. 012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 AUG 27   PM 1 14

From: H Lakhani esq,

Reg: 257530-50

M.C.F.P

4000- Springfield,

M.O. 65801

To: Michael F. Rivera, Esq,

in- Court Supervisor

The State of New Jersey

U.S.D.C.

Newark- N.J

Re: U.S.A V. Lakhani   03-Crim. 880 (KSH)

DEAR MR Rivera,

1, Refer to your letter dated 1st Sept 011, in which you advised me that since there is no matter pending in your case in this court that requires hearing at this time — therefore the court is unable and/or un-willing to " Pin Down" klingman for his alleged mis conduct

Tilting the Scale of Justice.

On the other hand Motion III — Court order 28th Feb 012 —. in which your Court dealt in this matter captioned above, an issued an unsigned court order — denying my request for the disclosure of the Governments letter dated 28th Dec 04, labelled as Non-court filing document, but defined as " Brady Material" [ giglio/Janks]

Fortunately, I have had a copy of this letter, which I, sent to your court, challenging the contents of Ms. Mcgauff's [ F.B.I. Field officer - Minneapolis] Memo' dated 25th July 01. Re: Truthfulness of Relocation issue in particular and C.W's Compensation and Expenses and I.R.S. back Tax, in general, which are materially false and misleading financial statement.

It seems that your court is using " Unprecedental Legal Theories To Turn favourable For Rich and Powerful as every time, I filed any legitimate complain about alleged misconduct [ either Jointly or severally] of Klingman or Howe/Rabhar, more evidence emerges that entire Team of A.U.S.A and Klingman, sometime, seems like a branch of Judiciary.

Surprisingly Klingman has never even denied, challenged or contested these allegations and your court Treating it as " Nickle & Dime Transgressions — which are really Major Federal Felonies — yet Neither Klingman nor Howe/Rabhar have not even investigated Let alone indicted. I am not a general public — I happened to be Appellant/Defendant and I need fair and equal treatment.

· Docket- entry - 25

In your letter dated 15th Nov. 2010, you advised me that the " Entry" would not have had any court proceedings related to it — Therefore No related Minutes were sent to me [ copy enclosed.]. I agree to disagree with your because I can understand your court's Predicatments in view of the following:

[I]t seems that Docket-entry 25, also contains a full blown court proceeding, supported by Government's Arguments expressing their Reluctance to disclose the identity of the C.W.'s participation in U.S.A. V. ILyAs ALi. Apperantly Habib Rehman who acted as C.W. in Lakhani case was a Common C.W. for U.S.A. V. Ilyas ALi as well.

The revelation of this closely guarded secret (fact) would have been "Counter-productive and detremental. For the Government's case. In order to dis-connect Habib Rehman's participation in ALi's case Government evolved a fictitious theory of Re-Location issue, supported by Ms Treganfy's memo dated 25th July 01, supplemented by her false Testimony and Tons of Lies.

In short three Most Sensitive issue—Relocation—identity of C.W. in ALi's case and stricking The Muslim Sounding Name "HAMAD" given to LAKHANi [ For which Govt. committed "Contempt of the Court" by discussing and Re-discussing through out the Trial 24/7] which Forms a basis of a "Controversy" resulting in Reprehensible case of Prosecutorrval Misconduct a conduct that stood Revealed Not a "Trickle but as polluted River"

i would be grateful, if your could explain this situation, and let me know, when your court is ready to "Pin-down" KLingmon as No one should be above the Law. Submitted respectfully,

H. Lakhani

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

September 1, 2011

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letter dated August 11, 2011. In that correspondence you state that you spoke to someone from the Third Circuit Court of Appeals who advised you that their Court did not appoint Mr. Klingeman to handle your appeal. I would suggest you order a copy of your docket from the Third Circuit Court of Appeals, which clearly states that they entered an order appointing Mr. Klingeman on September 27, 2005.

As for your request that this Office to "pin down" Mr. Klingeman for testimony; there is no matter pending in your case in this Court that requires a hearing at this time.

Lastly, per your request I am forwarding the portion of your letter addressed to Ralph Florio to him for consideration.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC

cc: Hon. Katharine S. Hayden, USDJ
    Ralph Florio, Official Court Reporter

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____  9/6/2011
    Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

November 15, 2010

H. Lakhani #257530-50 via certified mail
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. Lakhani; Criminal No. 03-880(KSH)

Dear Mr. Lakhani:

I am in receipt of your letters dated October 31, 2010 and November 9, 2010.

In both letters you reference minutes to docket entry #25 in the above captioned case. Document #25 is a continuance order that was entered on May 13, 2004. This entry would not have had any in-court proceeding related to it; therefore there would be no related minutes to send you.

As far as appointed counsel for your appeal, Mr. Klingeman was appointed by the 3rd Circuit Court of Appeals to represent you via an order dated September 9, 2005. This court is not in possession of that order. All subsequent proceedings dealing with the issue of counsel were handled by the appeals court, not by this Court.

Sincerely,

Michael F. Rivera,
In-Court Supervisor, USDC