1/4

dt:- 5th Sept 2012.

FROM: H LAKHANI esq,
Reg: 257530-50
       M.C.F.P
       4000 springfield,
       M.O 65801                    Recorded delivery

TO:   MICHAEL F. RIVERA, ESQ,
       IN-COURT SUPERVISOR,
       United states DISTRICT Court,
       THE STATE OF New JERSEY
       Newark. N J.

                    Re: U.S.A V. LAKHANI 03-880 (KSH) CRIM,
                         DOCKET-No 141- COURT- ORDER-23rd Aug 012

DEAR MR. RIVERA,
            I, thank you FOR SONding me a copy
of the COURT-ordeR - A TRANSCATION which was entered on
23rd Aug. 012. As beFORe, THIS ordeR is NOT signed by the
Right Honorable Judge Hayden.

            I, was pleased to see that the court
has finally Removed Harrey KLingman's NAME from it's mail-
ing - List as My Listed AttoRNey. I would appreciate, if
you would be so kind to specify the date and the reason
for his Terminator, for my record, However, I am disappointed
to see that your are still mailing electronically copies of all my
official communication to S. RABHAR, who has, since Long

2/4

Ceased to be A.U.S.A, U.S. Dept of Justice, Nowalk-NJ, and therefore, his name should be Struck off as well.

EXPERT TRANSLATION SERVICE - Hindi/English

Exhibit A  April 5th 04 - Klingman's Letter

I am pleased to enclose herewith a copy of a form, which was submitted pursuant to Rules of the Court, by Klingman, requesting AUTHORIZATION of payment of TAX-Payor's dollars - toward the cost of this service. The amount runs into several thousands dollars (approx 10,000) conversation. Ironically, out of some 200 TAPES, of recorded conversation (Hindi/english), only one piece (TAPE) was translated by the Court appointed Translator (MR. V.J.) Again, his Translation cameout to be Totally Unmatchable [inconsistent] with that of the Government-TRANSCRIPTS. In the meantime, Klingman was able to pocket this vastly huge sum, without offering the services, for which it was meant.

Russian/English - Recorded conversation in Moscow/St. Petersburg. F.S.B vis-à-vis Lakhani-Putefak.

In all there are 7 (seven) excluding "Surveillance - Report prepared by FSB. The Reference No. 48477/78C/78(2) - 48490/91/48479 and 48480. Here, Klingman, once again applied for further AUTHORIZATION, the amount of 10,000, which was approved by the Court, for the purpose - expert - TRANSLATOR - FOR Independent TRANSLATOR. In this instant, Klingman relied and took it for a granted, MR McCauls' [gov't appointed Translator] and pocketed handsome sum of Money, and Time.

3/4

I Consider court inaction is Tantamount To overt manifistation of Total disregard For the Law. and the misuse of Tax-payers dollars. These payments are Reflected on Klingman Turano's bank statement [his difunct Law Firms.]

<u>London- Trip- Mr & Mrs. Klingman</u>

This Trip was specially organized at the behost of Klingman- after several months and several Long-distance calls, made by klingman to my wife in London. she was able to setup and schedule a high-powered meeting with some of the Richest Indian business community in London for Nov. 17th of at Washington Hotel, Mayfair, London.- a stone throw from Grosvenor House Hotel- Park Lane, which Mr & Mrs. stayed, - Agenda-Lakhani's Bail-package - Amount in excess of 10M dollar.

Surprisingly He did't turn up for this, meeting- instead He choose to visit "<u>Houses of Parliament</u>" Westminster- with his wife. In this instant, besides the Tax-payor's princel sum- klingman was paid by Mrs Lakhani in London 5000 dollars. [Five Thousand dollars] - I, am still waiting to hear from you the specific amount paid out to klingman's - Once again- a criminal waste of Tax-payer's monies - Besides being as Defendant- I think Under the Freedom of Public information Act, - the court is under obligation to reveal the Amount for the "Hair-cut" which costed to our Tax-payer coffers

4/4

## Conclusion.

The so called most authoritative transcripts of those recording include significant omissions and misinterpretations that have influenced interpretation of the "coverup" [ Rabner - the Lead Prosecutor was advised in writing by the defendant]

Re: Letter 28th Dec 04 ( giglio-disclosures)

I have no doubt that the so called Memo dated 25th July 01 written by his Cynthia McGahn field officer - may exist or may be not? The core issue here is not about the existence of this memol- it is strictly about CW's "Faked Re-Location" to NJ, that followed by tons of lies by the Team of prosecutors and they lied and tolerated lies- and conspired to present false evidence/testimony with intent to obstruct the course of justice

Finally blocking information and hoping inquiries go away will only Lead to worse consequences. Klingman should volunteer to testify before its Hon Judge Hayden. You Have to respect: Freedom of Information Act

I believe that, when the history of this distinguished court is written- Today's decision will be viewed with dismay - it diminish and distort the role of the Judiciary

Thanking you for your understanding,

I, remain, sincerely - your- lakhan;

P.S [ Tax-payer dollars- which also includes -your Hard earn money- which is being paid to Klingman]

# KLINGEMAN TURANO LLC
————————ATTORNEYS AT LAW————————

HENRY E. KLINGEMAN**
STEPHEN TURANO°

Of Counsel
KARIN S. RIECKER°
NANCY M. KLINGEMAN

*Admitted, NJ, PA & HI
†Certified by the Supreme Court of
  New Jersey as a Criminal Trial Attorney
°Admitted, NJ & NY

230 MAIN STREET
SECOND FLOOR
MADISON, NEW JERSEY 07940
TEL: (973) 236-0010
FAX: (973) 236-0012
www.ktlawyers.com
Writer's Direct Line:
(973) 236-0933

Writer's E-Mail Address:
ksr@ktlawyers.com

*Exhibit - A*

April 5, 2004

Ms. Ellen Smith
Office of the Clerk
United States District Court
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    United States v. Hemant Lakhani
              Docket No. 03-0880 (KSH)

Dear Ms. Smith:

      We represent the defendant in the above-referenced matter. Enclosed please find CJA form 21, requesting authorization for expert translation services, with an addendum describing the description and justification of services. I have also enclosed a self-addressed, stamped envelope in which to return the signed form.

      Thank you for your attention. Please do not hesitate to contact me if you have any questions.

                    Respectfully submitted,

                    KLINGEMAN TURANO LLC

                    KARIN S. RIECKER

cc:    Mr. Hemant Lakhani

Lakhani, Hemant

January 8, 2004<br>Page 17

| | | | |
|---|---|---|---|
| 01/08/04 | HEK | Telephone conference with Assistant United States Attorney Jeffrey Clark re: complex case order dates<br>0.20 hours at $400.00 per hour | 80.00 |

Hours: 167.18

Total fees:      $66,872.00

**Attorney Summary**

| | | |
|---|---|---|
| HEK | Henry E. Klingeman | 145.10 hours at $400.00 per hour |
| ST | Stephen Turano | 22.08 hours at $400.00 per hour |

**Expenses:**

| | | | |
|---|---|---|---|
| 10/01/03 | HEK | Collect phone calls month of September from Client | 27.95 |
| 11/03/03 | HEK | Collect phone calls from Client in jail for October | 40.55 |
| 11/03/03 | HEK | Long distance phone calls to Client's wife in United Kingdom for October | 32.96 |
| 12/05/03 | ST | Parking fee | 6.00 |
| 12/08/03 | HEK | Collect phone calls from client in jail for November | 75.10 |
| 12/08/03 | HEK | Long distance phone calls to client's wife in United Kingdom for November | 44.67 |
| 12/09/03 | ST | Parking fee | 6.00 |

Total expenses:      $233.23

**Payments & Adjustments:**

| | | |
|---|---|---|
| 09/26/03 | | 33,375.75 CR |
| 01/02/04 | | 3,000.00 CR |
| 02/18/04 | Refund from Susan Corrado | 846.58 CR |
| 08/30/04 | Wire transfer from Ashok Sancheti, Morgan Walker Solicitors, Invoice #: 02120216 | 4,978.00 CR |

Total payments & adjustments:      $42,200.33 CR