1/2

dt:- 25TH. Sept. 012.

FROM: H LAKHANI. esq,
Reg:    257530-50
        H.C.F.P
        4000- Springfield.
        M.O. 65801

Recorded delivery

To: Micheael Rivera, Esq,
In-court supervisor,
U.S. D.C.,
The state of New Jersey

Re:    U.S.A V. Lakhani crim. 03- 880 ( KSH)

Dear MR Rivera,

    I am referring to your letter dated 15th Nov 2010, in connection with your remark and the court's decision Not to " Pin Down" Klingman, my former C.J.A. Lawyer, for allegedly committing a crime of penalty of perjury pursant to 28. U.S.C. § 1746

    it seems, the court is Consistanley unwilling to take necessary action as deamed fit, to investigate Klingman, despite, I having, provided to the court plentiful of condemning court Jurisprudenhof evidence that goes with it, [i]t STRETCHES THE TRUTH— To claim that the Klingman's Multiple violations of the same law are Just FREKISH Coincidence.

2/2

## Bending the Law.

Any attempt To protect Klingman's "Covering-up" is a symbol of weak enforcement — it doesn't do much in the way of deterrence and it does't do much in the way of punishment as the Law is centered on what Klingman said or did was an act of Perjury — pursuant 28.U.S.C.1746 penalty of Perjury. it is not the crime, but "covering up" that often leads to Legal problem for the official in High profile investigation

I, feel, that in your letter, you are well short of the Level of Openness, Transperncy and willingness To "Air" the issue. the Motion and My Mission is focused on maxim " Equal Justice For all — and Noone is above the Law. Klingman should be asked to appear before the Honorable Judge Hayden to Testify — if He was telling the Truth or He was Lying !!

Thanking you for your understanding, and I now waiting for your reply. Thanking you Sir... in the meantime, I remain,

Sincerely Yours
H Lakhani

Laktarre 25753-50
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

RECEIVED
OCT 03 2012
AT 8:30
WILLIAM T. WALSH, CLERK

SPRINGFIELD MO 658

27 SEP 2012 PM 1 L



Just Dance
FOREVER

IN COURT SUPERVISOR,
Michael F Rivera, esq
United States District Court,
District of New Jersey,
Martin Luther K.ng. JR Federal Blg & Courthouse
50 Walnut Street,
P.O. Box 419
Newark — New Jersey
07101 — 0419