dt:- 1st October, 2012

FROM: H LAKHANI. esq,

Reg 257530-50

M.C.F.P

4000 Springfield,

M.O. 65801                          Recorded delivery

TO: Michael P Rivera, ESQ,

IN- COURT supervisor,

United States District Court,

Newark - New Jersey 07101-0419

RE: U.S.A V. LAKHANI CRIM.NO 03-880 (KSH)

DEAR MR. Rivera,

In your letter dated November 15, 2010 you wrote to ME that KLingman was appointed as my C.J.A LAWYOR FOR my direct appeal, by the court of Appeals, Third Circuit, Philadelphia.

THE information which you provided regarding KLingman's appointment seems to be inaccurate and Misleading, in view of the enclosed letter and/or motion filed by KLingman on behalf of KLingman Turrano. LLa with your Court on 19th Sept 05.

THE COURT of Appeals, 3rd circuit, have now confirmed to ME that, KLingman was appointed by U.S.d.c. Newark NJ in pursuant of his motion filed on 19th Sept 05, as the appointment of C.J-A Counsels For direct Appeal are always necessarily done by the Federal Court Judges

Of course, I am very disturbed to learn this conflicting story, as I consider Klingman's application/motion of the 19th Sept 05, should never have been accepted by the court in light of my letter dated 16th Sept 05 addressed to Hon. Judge Hayden, following my public statement delivered in the court room on 11th Sept. 05 [ the day of my sentencing ] attached letter.

Klingman's re-appointment as my counsel was, illegal as no one would seriously believe that petitioner received the constitutional guarantee of the Sixth Amendment Right to effective assistance, due to counsel's gross alleged misconduct.

Mr. Rivera, Sir, you are a public servant and also the in-court supervisor and you are expected to execute the law to send message to the public that will protect criminal justice system from unfit C.J.A. who are deemed not qualified to practise law but have been hard to fire. How can I have confidence that public intergity section has public intergity.

Finally, I am enclosing herewith a copy of a letter from M/s Greenburg, Dauber [ an unauthorised appointee as my lawyer-firm - for lack of any records in the court documents ] advising on behalf of Klingman's withdrawal motion as my counsel. Please keep this on your record for future reference.

Thanking you for your understanding and awaiting your comments a.s.a.r. — Sir — thank you again.

Sincerely yours

Klingman

Encl. 2,

**DOCUMENT ELECTRONICALY FILED**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW JERSEY

FULL CAPTION IN DISTRICT COURT:

United States of America

v.

Hemant Lakhani

DISTRICT COURT
DOCKET NUMBER <u>Crim. No. 03-880</u>

DISTRICT COURT
JUDGE                    <u>Hon. Katharine S.</u>
                         <u>Hayden</u>

NOTICE OF APPEAL

TO

U.S. COURT OF APPEALS
THIRD CIRCUIT

Notice is hereby given that _____<u>Hemant Lakhani</u>_____
                                       (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment,

[ ] Order, [ ] Other (Specify) _____ of the United States

District Court, District of New Jersey, filed in this action on <u>September 12, 2005</u>.
                                                                    (Date)

DATED: September 19, 2005

<u>Henry E. Klingeman</u>_____
         For Appellant

<u>230 Main Street, 2nd Floor</u>___
         Street

<u>Madison, New Jersey 07940</u>__
         City, State, Zip

<u>(973) 236-0010</u>_____
         Telephone

GREENBERG DAUBER EPSTEIN & TUCKER
Henry E. Klingeman, Esq.
One Gateway Center, Suite 600
Newark, NJ 07102
Tel 973-236-0114
Fax 973-453-8101
Email hek@ktlawyers.com



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>Plaintiff, : | Docket No. 05-4276 |
| : | |
| v. : | |
| : | |
| HEMANT LAKHANI, : | **Notice Of Motion** |
| Defendant. : | **To Withdraw as Counsel** |
| : | **For Hemant Lakhani** |

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit
U.S. Courthouse
 601 Market Street, Room 21400
Philadelphia, PA 19106-1790

Mr. Hemant Lakhani
Reg. No. 25753-050
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

AUSA Sabrina G. Comizzoli
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Attorney for United States of America

Dear Ms. Waldron, Ms. Comizzoli, and Mr. Lakhani:

Henry E. Klingeman, Esq., attorney for Defendant-Appellant Hemant Lakhani,
respectfully moves to withdraw as counsel. Mr. Klingeman relies upon his enclosed
Certification, as well as the record of proceedings, including this Court's merits opinion
filed March 16, 2007 and Mr. Lakhani's pro se submissions to this Court seeking Mr.
Klingeman's removal.

dt:- 16th Sept 05

FOR:  Hon. Judge KATHRINE HAYDEN,
      United States Court House,
      USDI,
      970-Broad ST, Newark, N.J. 07102.

Re: United States v. Hemant Lakhani
    Crm No. 03-880 (KSH)

Honorable Judge Hayden,

Please accept this letter in lieu of my sincere thanks for concluding my Trial which was Twice interrupted due to Health and Heat condition

I also wish to express my gratitude for your recommedation that I should be designated to a Facility that is consistant with my needs and Medical Condition so that they are dealt with efficiently and Humanly

On the day my Sentencing, I was able to raised matter regarding my Counsel's alleged misconduct (i.a. Exhibit J-255, making a False statement), when the Two Russians Mischaracterized the content of this Contract in an effort to bloster Government Theory A. Lakhani's hiding efforts to import Missile; which created false impression; whereby I have suffered a 'Prejudice'

I Hereby request your Honor, that in view of the above, that MR. Klayman be removed as my Counsel, and I should be allowed to choose my Lawyer to handle my direct appeal.

Respectfully,