d1 - 2nd Jan. 013

From: H. Lakhani esq,
Reg.    257530-50
        M.C.F.P
        4000 - Springfield,
        M.O. 65801

To:   William T. Walsh. Clerk,
      office of the clerk,
      U.S. D.C.   Newark
      District of New Jersey
      07101 - 0419

03 CR 880 (KSH)

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2013 JAN 8

      Re:  Grievances - pursuant to Rule
      83.2 - Local Rule of civil procedure,

DEAR. MR Walsh,

        I am pleased to enclose herewith a copy
of the letter dated 2014 Nov. 012, from Ms. Joanne Pesta
of U.S.D.C. 450, Main Street, Hartford, C.I. 06103, in the
matter captioned above.

        In response to my formal complaint for
my Grievances, I had filed my case with the office of the
Grievances Committee the Chairman MR. Ernest J Matter,
After very careful Review, He advised me that my paper-
work has been Forwarded to the office of Operation -
Supervisor U.S.d.c Hartford, C.I. 06103 for further action

Subsequently I received a formal letter to-gether with "Varification Form" pursuant Rule 832 A- Local Civil Rules proceedings for Complaint against An Attorney.

Since, in my case, the appointed C.J.A. Counsel is not admitted to the Federal Bar of Connecticut, I am obliged to file my paper work with in the SEAL of the court, which handled my case.

I now request your good office to let me have the necessary "Varification Form" and a copy of the instruction Form if any, to enable me to file my formal Complaint under Local Civil Rules proceedings.

Though, I have already outlined the nature of my Complaint in my earlier communication but I have now formalized my Grievances, as per the instruction of the chairman Mr. Ernest J Mothe- of Grievances Committee CO. and the same has been duly varified by Ms. JOANNE PESTA of U.S.d.a. Connecticut-

Thanking you for your understanding and looking forward to receiving from you the necessary Forms.

In the meantime, Herewith I send you my "Best Wishes" for the Newyear 2013.

Submitted respectfully

frilerthan

Encl U.S.d.a. CO ( Letter)

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
|---|---|---|
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

November 20, 2012

H. Lakhani #257530-50
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

Re: Grievance

Dear Mr. Lakhan,

I am in receipt of your paperwork dated November 1, 2012 in which you are attempting to file a grievance against Attorney Henry Klingman of Newark, New Jersey. After further research, I have discovered there is not an Attorney Klingman admitted to the federal bar for the District of Connecticut, therefore, we cannot accept a complaint against him. I suggest you file your paperwork in the seat of court where your criminal case 03-880 (KSH) was handled. If you have any questions, I may be reached at 203-773-2420.

ROBIN D. TABORA, CLERK
By:

Joanne Pesta
Operations Supervisor



Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

03 JAN 2013

CLERK U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

THE clerk
Office A the clerk
United S___ ___ ___ COURT,
MARTI__ ___ R JR Federal
Building ___ Court House,
50 Walnut Street,
P.O. Box 419
0710 NEWARK ___ New Jersey
NJ 07101-0419